# U.S. District Court
## U.S. District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:18–cv–01053–WMW–ECW
### *Internal Use Only*

Nagel v. United Food and Commercial Workers Union, Local 653

Assigned to: Judge Wilhelmina M. Wright

Referred to: Magistrate Judge Elizabeth Cowan Wright

Cause: 29:151 Labor: Review of Agency Action

Date Filed: 04/19/2018
Date Terminated: 01/18/2022
Jury Demand: Plaintiff
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**

**Matthew Nagel**
*individually and on behalf of all others similarly situated*

represented by **Jerri C. Adams**
Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street
Suite 1200
Minneapolis, MN 55402
612–252–3570
Fax: 612–252–3571
Email: jcadams@baillonthome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Moriarity**
Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street
Suite 1200
Minneapolis, MN 55402
612–252–3578
Email: samoriarity@baillonthome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn J Wanta**
Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street
Suite 1200
Minneapolis, MN 55402
(612) 252–3570
Fax: (612) 252–3571
Email: sjwanta@baillonthome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Jessica Becklund**

represented by **Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Sharon Brown**

represented by **Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Pat Darling**

represented by **Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Dean Dugan**

represented by **Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Matthew Giesler**

represented by **Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Steven Giesler**

represented by **Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Robert Haas**

represented by **Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Jonathan Hamel**

represented by **Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Lance Hanson**                    represented by   **Scott Moriarity**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Eric Hazelbaker**                 represented by   **Scott Moriarity**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Dawn Herzuck**                    represented by   **Scott Moriarity**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Mark Hoffman**                    represented by   **Scott Moriarity**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Anthony Jensen**                  represented by   **Scott Moriarity**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**John Legierski**                  represented by   **Scott Moriarity**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Carl Lundberg**                   represented by   **Scott Moriarity**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Martin Manley**                   represented by   **Scott Moriarity**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Nicolas McBride**                 represented by **Scott Moriarity**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Judy McDowell**                   represented by **Scott Moriarity**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Shawn Moore**                     represented by **Scott Moriarity**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Daniel Morris**                   represented by **Scott Moriarity**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Bruce Olson**                     represented by **Scott Moriarity**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Mark Oslos**                      represented by **Scott Moriarity**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Luwana Meyer Pohl**               represented by **Scott Moriarity**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Gregory Ponting**                 represented by **Scott Moriarity**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Dan Quant**                          represented by   **Scott Moriarity**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Don Renfrow**                        represented by   **Scott Moriarity**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Annette Ries**                       represented by   **Scott Moriarity**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Donna Rohling**                      represented by   **Scott Moriarity**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Paul Rowe**                          represented by   **Scott Moriarity**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Becky Syverson**                     represented by   **Scott Moriarity**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Patrick VanHoutan**                  represented by   **Scott Moriarity**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United Food and Commercial Workers    represented by   **Emily Lacy Marshall**
Union, Local 653**                                      Miller O'Brien Jensen PA
                                                        120 South Sixth Street, Suite 2400
                                                        Minneapolis, MN 55402

612–333–5831
Fax: 612–342–2613
Email: emarshall@mojlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J Louris**
Miller O'Brien Jensen, P.A.
120 S 6th St Ste 2400
Minneapolis, MN 55402
612–333–5831
Fax: 612–342–2613
Email: tlouris@mojlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

| **Minneapolis Retail Meat Cutters and Food Handlers Pension Fund** | represented by | **Andrew R Shedlock** |
|---|---|---|

**Andrew R Shedlock**
Kutak Rock LLP
Commercial
60 South 6th Street
Suite 3400
Minneapolis, MN 55402
612–334–5000
Fax: 612–334–5050
Email: andrew.shedlock@kutakrock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S Anderson**
Anderson Helgen Davis & Nissen, LLC
150 South Fifth Street
Suite 3100
INACTIVE
Mpls, MN 55402
(612) 435–6363
Fax: 612–435–6379
Email: dsa@andersonhelgen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth S Marcott**
Kutak Rock LLP
60 South Sixth Street
Ste 3400
Minneapolis, MN 55402
612–334–5000
Fax: 612–334–5050
Email: Ruth.Marcott@kutakrock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Moriarity**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/19/2018 | 1 | | COMPLAINT against Local 653 United Food and Commercial Workers Union (filing fee $ 400, receipt number AMNDC−6068823) filed by Matthew Nagel. No summons requested. (Attachments: # 1 Civil Cover Sheet) (Moriarity, Scott) (Entered: 04/19/2018) |
| 04/19/2018 | 2 | | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Wilhelmina M. Wright per 3rd, 4th − Master list, referred to Magistrate Judge Hildy Bowbeer. Please use case number 18cv1053 WMW/HB. (AKL) (Entered: 04/19/2018) |
| 04/20/2018 | 3 | | TEXT ONLY NOTICE: Magistrate Judge Hildy Bowbeer's Practice Pointers, which have recently been revised, are available on the United States District Court for the District of Minnesota's website (www.mnd.uscourts.gov). All parties are expected to be familiar with and adhere to these Practice Pointers, including any variances from the Local Rules. (JMK) (Entered: 04/20/2018) |
| 04/20/2018 | 4 | | DOCUMENT FILED IN ERROR−DUPLICATE ENTRY−TEXT ONLY NOTICE: Magistrate Judge Hildy Bowbeer's Practice Pointers, which have recently been revised, are available on the United States District Court for the District of Minnesota's website (www.mnd.uscourts.gov). All parties are expected to be familiar with and adhere to these Practice Pointers, including any variances from the Local Rules. (JMK) Modified on 4/23/2018 (AKL). (Entered: 04/20/2018) |
| 04/24/2018 | | | (Text−Only) NOTICE – Judge Wilhelmina M. Wright's Practice Pointers are available on the United States District Court for the District of Minnesota's website. All parties are expected to be familiar with and adhere to these Practice Pointers, including Judge Wright's deviations from the Local Rules with respect to motion scheduling and briefing deadlines. (TJB) (Entered: 04/24/2018) |
| 04/27/2018 | 5 | | WAIVER OF SERVICE Returned Executed filed by Matthew Nagel. United Food and Commerical Workers Union, Local 653 waiver sent on 4/19/2018, answer due 6/18/2018. (Moriarity, Scott) (Entered: 04/27/2018) |
| 06/18/2018 | 6 | | MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653. (Louris, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | 7 | | NOTICE OF HEARING ON MOTION 6 MOTION to Dismiss/General : Motion Hearing set for 9/20/2018 at 09:00 AM in Courtroom 3B (STP) before Judge Wilhelmina M. Wright. (Louris, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | 8 | | AFFIDAVIT of Timothy J. Louris in SUPPORT OF 6 MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 |

| | | | |
|---|---|---|---|
| | | | Exhibit(s) 4)(Louris, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | 9 | | MEMORANDUM in Support re 6 MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | 10 | | MEET and CONFER STATEMENT re 6 Motion to Dismiss/General filed by United Food and Commerical Workers Union, Local 653.(Louris, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | 11 | | PROPOSED ORDER TO JUDGE re 6 MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653.(Louris, Timothy) (Entered: 06/18/2018) |
| 06/19/2018 | 12 | | TEXT ONLY ORDER: Due to the pending Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(1) and (6) (ECF No. 6), the Court finds there is good cause to delay the entry of a pretrial scheduling order. The Court will schedule a pretrial conference, if needed, promptly after a decision is issued on the pending motion. Ordered by Magistrate Judge Hildy Bowbeer on 6/19/2018. (JMK) (Entered: 06/19/2018) |
| 07/03/2018 | 13 | | AMENDED COMPLAINT against United Food and Commerical Workers Union, Local 653. filed by Matthew Nagel. No summons requested. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C) (Moriarity, Scott) (Entered: 07/03/2018) |
| 07/17/2018 | 14 | | MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653. (Louris, Timothy) (Entered: 07/17/2018) |
| 07/17/2018 | 15 | | NOTICE OF HEARING ON MOTION 14 MOTION to Dismiss/General : Motion Hearing set for 9/20/2018 at 09:00 AM in Courtroom 3B (STP) before Judge Wilhelmina M. Wright. (Louris, Timothy) (Entered: 07/17/2018) |
| 07/17/2018 | 16 | | MEMORANDUM in Support re 14 MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 07/17/2018) |
| 07/17/2018 | 17 | | Second AFFIDAVIT of Timothy J. Louris in SUPPORT OF 14 MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4)(Louris, Timothy) (Entered: 07/17/2018) |
| 07/17/2018 | 18 | | PROPOSED ORDER TO JUDGE re 14 MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653.(Louris, Timothy) (Entered: 07/17/2018) |
| 07/17/2018 | 19 | | MEET and CONFER STATEMENT re 14 Motion to Dismiss/General filed by United Food and Commerical Workers Union, Local 653.(Louris, Timothy) (Entered: 07/17/2018) |
| 08/07/2018 | 20 | | MEMORANDUM in Opposition re 14 MOTION to Dismiss/General filed by Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 08/07/2018) |

| 08/17/2018 | 21 | | Reply to Response to Motion re 14 MOTION to Dismiss/General filed by United Food and Commerical Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 08/17/2018) |
|---|---|---|---|
| 09/06/2018 | 22 | | (Text−only) NOTICE of Cancelation & Resetting of Hearing. Motion Hearing set for 11/6/2018 at 09:00 AM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright. Please note change in Courtroom as well as date. (TJB) (Entered: 09/06/2018) |
| 09/19/2018 | 23 | | TEXT−ONLY ENTRY. CLERK'S NOTICE OF REASSIGNMENT OF MAGISTRATE JUDGE. Due to the appointment of Magistrate Judge Elizabeth Cowan Wright, this case is reassigned to her. Magistrate Judge Hildy Bowbeer is no longer assigned to the case. **NOTE:** the new case number is **18cv1053 WMW/ECW**. Please use this case number for all subsequent pleadings. Please contact Theresa Anderson, at 651−848−1890, for scheduling or other matters related to Magistrate Judge Elizabeth Cowan Wright. (JME) (Entered: 09/19/2018) |
| 11/06/2018 | 24 | | Minute Entry for proceedings held before Judge Wilhelmina M. Wright: Motion Hearing held on 11/6/2018 re 14 MOTION to Dismiss/General filed by United Food and Commercial Workers Union, Local 653. (Court Reporter Lori Simpson) (TJB) Modified text on 11/8/2018 (MGV). (Entered: 11/06/2018) |
| 03/04/2019 | 25 | | ORDER – IT IS HEREBY ORDERED that Local 653's motion to dismiss 14 is GRANTED IN PART and DENIED IN PART as to Count 1 and GRANTED AS to Count 2. (Please see order for details) (Written Opinion) Signed by Judge Wilhelmina M. Wright on 3/4/2019. (RJE) (Entered: 03/04/2019) |
| 03/12/2019 | 26 | | ORDER/NOTICE: Rule 26 Meeting Report due by 4/4/2019. Pretrial Conference set for 4/11/2019 at 09:00 AM in Judge's Chambers, Suite 342 (STP) before Magistrate Judge Elizabeth Cowan Wright.. Signed by Magistrate Judge Elizabeth Cowan Wright on 3/12/2019. (Attachments: # 1 Consent Form)(TMA) (Entered: 03/12/2019) |
| 03/18/2019 | 27 | | ANSWER to Amended Complaint filed by United Food and Commercial Workers Union, Local 653. (Louris, Timothy) (Entered: 03/18/2019) |
| 04/04/2019 | 28 | | REPORT of Rule 26(f) Planning Meeting. Filed by United Food and Commercial Workers Union, Local 653. Jointly Signed by Matthew Nagel.(Louris, Timothy) (Entered: 04/04/2019) |
| 04/09/2019 | 29 | | (Text−only) NOTICE of Cancelation of Hearing: The Pretrial Conference scheduled for 4/11/2019 with Magistrate Judge Elizabeth Cowan Wright is CANCELLED. The Court will issue a Scheduling Order and Protective Order based on the parties' Rule 26(f) Report and Stipulated Protective Order. (TMA) (Entered: 04/09/2019) |
| 04/10/2019 | 30 | | (Text−only) ORDER/NOTICE TO ATTORNEY. This case is before the Court on the parties Rule 26(f) report (Dkt. No. 28). In their report, the parties stated they intend to stipulate to the form of protective order attached at pages 11−17 of the Rule 26(f) report after the Rule 16(f) conference. Because the Rule 16(f) conference has been cancelled (Dkt. No. 29), the parties are directed to |

| | | | |
|---|---|---|---|
| | | | promptly file their stipulation to protective order. SO ORDERED. Ordered by Magistrate Judge Elizabeth Cowan Wright on 4/10/2019. (TMA) (Entered: 04/10/2019) |
| 04/10/2019 | 31 | | STIPULATION *for Protective Order* by United Food and Commercial Workers Union, Local 653. Jointly Signed by Matthew Nagel. (Louris, Timothy) (Entered: 04/10/2019) |
| 04/11/2019 | 32 | | PROTECTIVE ORDER. Signed by Magistrate Judge Elizabeth Cowan Wright on 4/11/2019. (TMA) (Entered: 04/11/2019) |
| 04/11/2019 | 33 | | SCHEDULING ORDER: Telephone Conference set for 3/6/2020 at 10:00 AM before Magistrate Judge Elizabeth Cowan Wright. Amended Pleadings due by 5/16/2019. Fact Discovery due by 12/6/2019. Motions (non–disp) due 12/20/2019.. Signed by Magistrate Judge Elizabeth Cowan Wright on 4/11/2019. (TMA) (Entered: 04/11/2019) |
| 09/17/2019 | 34 | | NOTICE of Appearance by Shawn J Wanta on behalf of All Plaintiffs. (Wanta, Shawn) (Entered: 09/17/2019) |
| 10/23/2019 | 35 | | (Text–Only) NOTICE TO ATTORNEY. A telephonic IDR will be held before Magistrate Judge Wright on October 30, 2019 at 11:00 a.m. Counsel will be provided call–in instructions via email. (TMA) (Entered: 10/23/2019) |
| 10/25/2019 | 36 | | LETTER TO MAGISTRATE JUDGE by Matthew Nagel . (Moriarity, Scott) (Entered: 10/25/2019) |
| 10/25/2019 | 37 | | LETTER TO MAGISTRATE JUDGE by United Food and Commercial Workers Union, Local 653 . (Marshall, Emily) (Entered: 10/25/2019) |
| 10/30/2019 | 38 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Telephone Conference held on 10/30/2019. Plaintiffs request for a three–month extension of the scheduling order is GRANTED IN PART. The current remaining deadlines in the Pretrial Scheduling Order (Dkt. 33) will be extended by two months. Plaintiff shall submit a proposed amended scheduling order by email to chambers on or before November 1, 2019. The parties are reminded to raise discovery disputes with the Court in a timely manner if they are unable to resolve their issues by meeting and conferring. SO ORDERED. (TMA) (Entered: 10/30/2019) |
| 11/01/2019 | 39 | | AMENDED SCHEDULING ORDER: Telephone Conference set for 5/11/2020 at 10:00 AM before Magistrate Judge Elizabeth Cowan Wright. Fact Discovery due by 2/6/2020. Expert Discovery due by 5/6/2020. Motions (non–disp) due 2/20/2020. Signed by Magistrate Judge Elizabeth Cowan Wright on 11/1/2019. (TMA) (Entered: 11/01/2019) |
| 11/27/2019 | 40 | | First MOTION for Order to Show Cause filed by Matthew Nagel. (Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 41 | | NOTICE OF HEARING ON MOTION 40 First MOTION for Order to Show Cause : Motion Hearing set for 12/20/2019 at 10:00 AM in Courtroom 3C (STP) before Magistrate Judge Elizabeth Cowan Wright. (Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 42 | | MEET and CONFER STATEMENT re 40 Motion for Order to Show Cause filed by Matthew Nagel.(Moriarity, Scott) (Entered: 11/27/2019) |

| 11/27/2019 | 43 | | MEMORANDUM in Support re 40 First MOTION for Order to Show Cause filed by Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 11/27/2019) |
|---|---|---|---|
| 11/27/2019 | 44 | | Declaration of Jerri C. Adams in Support of 40 First MOTION for Order to Show Cause filed by Matthew Nagel. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9)(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 45 | | SEALED EXHIBIT Exhibit 1 re 44 Declaration in Support, filed by Matthew Nagel.(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 46 | | PROPOSED ORDER TO JUDGE re 40 First MOTION for Order to Show Cause filed by Matthew Nagel.(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 47 | | CERTIFICATE OF SERVICE by Matthew Nagel re 42 Meet and Confer Statement, 45 Exhibit, 41 Notice of Hearing on Motion, 44 Declaration in Support, 43 Memorandum in Support of Motion, 46 Proposed Order to Judge, 40 First MOTION for Order to Show Cause (Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 48 | | Second MOTION for Order to Show Cause filed by Matthew Nagel. (Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 49 | | NOTICE OF HEARING ON MOTION 48 Second MOTION for Order to Show Cause : Motion Hearing set for 12/20/2019 at 10:00 AM in Courtroom 3C (STP) before Magistrate Judge Elizabeth Cowan Wright. (Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 50 | | MEET and CONFER STATEMENT re 48 Motion for Order to Show Cause filed by Matthew Nagel.(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 51 | | MEMORANDUM in Support re 48 Second MOTION for Order to Show Cause filed by Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 52 | | SEALED MEMORANDUM in Support re 48 Second MOTION for Order to Show Cause filed by Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 53 | | Declaration of Scott A. Moriarity in Support of 48 Second MOTION for Order to Show Cause filed by Matthew Nagel. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4)(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 54 | | SEALED EXHIBIT Exhibits 1 & 4 re 53 Declaration in Support filed by Matthew Nagel. (Attachments: # 1 Exhibit(s) 4)(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 55 | | PROPOSED ORDER TO JUDGE re 48 Second MOTION for Order to Show Cause filed by Matthew Nagel.(Moriarity, Scott) (Entered: 11/27/2019) |
| 11/27/2019 | 56 | | CERTIFICATE OF SERVICE by Matthew Nagel re 54 Exhibit, 48 Second MOTION for Order to Show Cause , 51 Memorandum in Support of Motion, 53 Declaration in Support, 49 Notice of Hearing on Motion, 50 Meet and |

| | | | |
|---|---|---|---|
| | | | Confer Statement, <u>52</u> Memorandum in Support of Motion (Moriarity, Scott) (Entered: 11/27/2019) |
| 12/03/2019 | <u>57</u> | | MOTION for Extension of Time *and Joint Stipulation to Respond to Plaintiff's First Motion for Order to Show Cause* filed by Minneapolis Retail Meat Cutters and Food Handlers Pension Fund. (Shedlock, Andrew) (Entered: 12/03/2019) |
| 12/03/2019 | <u>58</u> | | PROPOSED ORDER TO JUDGE re <u>57</u> MOTION for Extension of Time *and Joint Stipulation to Respond to Plaintiff's First Motion for Order to Show Cause* filed by Minneapolis Retail Meat Cutters and Food Handlers Pension Fund.(Shedlock, Andrew) (Entered: 12/03/2019) |
| 12/04/2019 | <u>59</u> | | ORDER granting <u>57</u> Motion for Extension of Time. 1.The Unopposed Motion and Joint Stipulation for Extension of Time to Respond to Plaintiffs First Motion for Order to Show Cause (Doc. 40) is GRANTED; and2.An extension of time is granted, through and including December 11, 2019, for third party Minneapolis Retail Meat Cutters & Food Handlers Pension Fund to respond to Plaintiffs First Motion for Order to Show Cause. (Doc. 40). Signed by Magistrate Judge Elizabeth Cowan Wright on 12/4/2019. (TMA) (Entered: 12/04/2019) |
| 12/11/2019 | <u>60</u> | | MEMORANDUM in Opposition re <u>40</u> First MOTION for Order to Show Cause filed by Minneapolis Retail Meat Cutters and Food Handlers Pension Fund. (Attachments: # <u>1</u> LR7.1/LR72.2 Word Count Compliance Certificate)(Shedlock, Andrew) (Entered: 12/11/2019) |
| 12/11/2019 | <u>61</u> | | DECLARATION of Ruth S. Marcott in Opposition to <u>40</u> First MOTION for Order to Show Cause filed by Minneapolis Retail Meat Cutters and Food Handlers Pension Fund. (Attachments: # <u>1</u> Exhibit(s) A, # <u>2</u> Exhibit(s) B, # <u>3</u> Exhibit(s) C, # <u>4</u> Exhibit(s) D, # <u>5</u> Exhibit(s) E, # <u>6</u> Exhibit(s) F, # <u>7</u> Exhibit(s) G, # <u>8</u> Exhibit(s) H)(Shedlock, Andrew) (Entered: 12/11/2019) |
| 12/11/2019 | <u>62</u> | | PROPOSED ORDER TO JUDGE re Denying First Motion for Order to Show Cause. (Shedlock, Andrew) (Entered: 12/11/2019) |
| 12/17/2019 | <u>63</u> | | JOINT MOTION REGARDING CONTINUED SEALING re <u>45</u> Exhibit filed by Matthew Nagel. (Moriarity, Scott) (Entered: 12/17/2019) |
| 12/17/2019 | <u>64</u> | | JOINT MOTION REGARDING CONTINUED SEALING re <u>52</u> Memorandum in Support of Motion, <u>54</u> Exhibit filed by Matthew Nagel. (Moriarity, Scott) Modified text/link on 12/18/2019 (lmb). (Entered: 12/17/2019) |
| 12/18/2019 | 65 | | (Text−Only) ORDER/NOTICE TO ATTORNEY. A hearing is set for Friday, December 20, 2019 at 10:00 am on the First and Second Motions to Show Cause brought by Plaintiff. Third−party Minneapolis Retail Meat Cutters and Food Handlers Pension Fund (the Fund) filed an opposition to the First Motion indicating the parties have continued their discussions regarding that motion. (Dkt. 60 at 12−13.) Plaintiff and the Fund shall file a joint letter on CM/ECF no later than 6 pm on Thursday, December 19, 2019 listing what issues raised by Plaintiff in its First Motion are still disputed. No party shall present additional argument regarding the disputes. Plaintiff shall also file a letter updating the Court as to the status of the issues raised in the Second Motion, to which no opposition has been filed to date, on or before 6 pm on Thursday, |

| | | | |
|---|---|---|---|
| | | | December 19, 2019. SO ORDERED. Ordered by Magistrate Judge Elizabeth Cowan Wright on 12/18/2019. (TMA) (Entered: 12/18/2019) |
| 12/18/2019 | 66 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Minneapolis Retail Meat Cutters and Food Handlers Pension Fund. (Marcott, Ruth) (Entered: 12/18/2019) |
| 12/19/2019 | 68 | | LETTER TO MAGISTRATE JUDGE by Minneapolis Retail Meat Cutters and Food Handlers Pension Fund, Matthew Nagel . (Moriarity, Scott) (Entered: 12/19/2019) |
| 12/19/2019 | 69 | | LETTER TO MAGISTRATE JUDGE by Matthew Nagel . (Moriarity, Scott) (Entered: 12/19/2019) |
| 12/20/2019 | 70 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Motion Hearing held on 12/20/2019 re 48 Second MOTION for Order to Show Cause filed by Matthew Nagel, 40 First MOTION for Order to Show Cause filed by Matthew Nagel. (SDF) (Entered: 12/20/2019) |
| 12/20/2019 | 71 | | ORDER granting in part and denying in part 40 Motion for Order to Show Cause; granting in part and denying in part 48 Motion for Order to Show Cause Signed by Magistrate Judge Elizabeth Cowan Wright on 12/20/2019. (SDF) (Entered: 12/20/2019) |
| 12/30/2019 | 72 | | LETTER TO MAGISTRATE JUDGE by Minneapolis Retail Meat Cutters and Food Handlers Pension Fund . (Marcott, Ruth) (Entered: 12/30/2019) |
| 01/02/2020 | 73 | | ORDER granting [63 and 64] Joint Motions Regarding Continued Sealing. See Order for additional instructions. Permanent Sealing GRANTED for Document Number(s): 45, 52, 54 and 54−1. Order on continued sealing becomes final on **1/30/2020** unless further timely submissions are filed. Signed by Magistrate Judge Elizabeth Cowan Wright on 1/2/2020. (SGK) (Entered: 01/02/2020) |
| 01/10/2020 | 74 | | EXHIBIT Redacted Exhibit 1 *In Response to Court Order 73 Granting Continued Sealing* re 44 Declaration in Support, filed by Matthew Nagel.(Moriarity, Scott) (Entered: 01/10/2020) |
| 01/10/2020 | 75 | | EXHIBIT Redacted Exhibit 1 *In Response to Court Order 73 Granting Continued Sealing* re 53 Declaration in Support filed by Matthew Nagel.(Moriarity, Scott) (Entered: 01/10/2020) |
| 01/30/2020 | 76 | | (Text−Only) NOTICE: And IDR Telephone Conference is set for 2/14/2020 at 02:30 PM before Magistrate Judge Elizabeth Cowan Wright. Counsel shall file letters of no more than 3 pages on ECF on or before Tuesday, February 11.(TMA) (Entered: 01/30/2020) |
| 02/11/2020 | 77 | | LETTER TO MAGISTRATE JUDGE by United Food and Commercial Workers Union, Local 653 . (Louris, Timothy) (Entered: 02/11/2020) |
| 02/11/2020 | 78 | | |

| | | | |
|---|---|---|---|
| | | | LETTER TO MAGISTRATE JUDGE by Matthew Nagel . (Moriarity, Scott) (Entered: 02/11/2020) |
| 02/14/2020 | 79 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Telephone Conference held on 2/14/2020. An IDR telephone conference was held. A written ORDER will be issued. (TMA) (Entered: 02/14/2020) |
| 02/14/2020 | 80 | | ORDER on IDR Signed by Magistrate Judge Elizabeth Cowan Wright on 2/14/2020. (TMA) (Entered: 02/14/2020) |
| 02/26/2020 | 81 | | MOTION to Alter/Amend/Supplement Pleadings filed by Matthew Nagel. (FILED IN ERROR, TO BE REFILED SEPARATELY. Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B)(Moriarity, Scott) Modified text on 3/3/2020 (KNK). (Entered: 02/26/2020) |
| 02/26/2020 | 82 | | NOTICE OF HEARING ON MOTION 81 MOTION to Alter/Amend/Supplement Pleadings : Motion Hearing set for 3/23/2020 at 01:00 PM in Courtroom 3C (STP) before Magistrate Judge Elizabeth Cowan Wright. (Moriarity, Scott) (Entered: 02/26/2020) |
| 02/26/2020 | 83 | | MEET and CONFER STATEMENT re 81 Motion to Alter/Amend/Supplement Pleadings filed by Matthew Nagel.(Moriarity, Scott) (Entered: 02/26/2020) |
| 02/26/2020 | 84 | | MEMORANDUM re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 02/26/2020) |
| 02/26/2020 | 85 | | Declaration of Scott A. Moriarity in Support of 81 MOTION to Alter/Amend/Supplement Pleadings filed by Matthew Nagel. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5)(Moriarity, Scott) (Entered: 02/26/2020) |
| 02/26/2020 | 86 | | SEALED EXHIBIT Draft Second Amended Complaint re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Plaintiff Matthew Nagel. (Attachments: # 1 Exhibit(s) Draft Second Amended Complaint with Red Lines)(Moriarity, Scott) (Entered: 02/26/2020) |
| 02/26/2020 | 87 | | SEALED MEMORANDUM in Support re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Plaintiff Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 02/26/2020) |
| 02/26/2020 | 88 | | SEALED EXHIBIT Exhibit 1 re 85 Declaration in Support, filed by Plaintiff Matthew Nagel. (Attachments: # 1 Exhibit(s) 2, # 2 Exhibit(s) 3, # 3 Exhibit(s) 4, # 4 Exhibit(s) 5)(Moriarity, Scott) (Entered: 02/26/2020) |
| 02/26/2020 | 89 | | PROPOSED ORDER TO JUDGE re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Matthew Nagel.(Moriarity, Scott) (Entered: 02/26/2020) |
| 03/03/2020 | 90 | | EXHIBIT Corrected Exhibit 1 to Dkt 81 *Redacted Proposed Amended Complaint* re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Matthew Nagel. (Attachments: # 1 Exhibit(s) Corrected Exhibit 2 to Dkt 81)(Moriarity, Scott) (Entered: 03/03/2020) |

| 03/03/2020 | 91 | | MEMORANDUM in Opposition re 81 MOTION to Alter/Amend/Supplement Pleadings filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 03/03/2020) |
|---|---|---|---|
| 03/03/2020 | 92 | | AFFIDAVIT of Timothy J. Louris in OPPOSITION TO 81 MOTION to Alter/Amend/Supplement Pleadings filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10, # 11 Exhibit(s) 11)(Louris, Timothy) (Entered: 03/03/2020) |
| 03/03/2020 | 93 | | SEALED MEMORANDUM in Opposition re 81 MOTION to Alter/Amend/Supplement Pleadings filed by United Food and Commercial Workers Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 03/03/2020) |
| 03/03/2020 | 94 | | SEALED EXHIBIT Exhibit 2 re Affidavit of Timothy J. Louris in Opposition to Motion to Amend re 92 Affidavit in Opposition to Motion, filed by United Food and Commercial Workers Local 653. (Attachments: # 1 Exhibit(s) 3, # 2 Exhibit(s) 4, # 3 Exhibit(s) 5, # 4 Exhibit(s) 6, # 5 Exhibit(s) 10, # 6 Exhibit(s) 11)(Louris, Timothy) Modified restriction on 94–5 and 94–6 on 6/4/2020 (JME). (Entered: 03/03/2020) |
| 03/05/2020 | 95 | | STIPULATION by Matthew Nagel. Jointly Signed by Defendant United Food and Commercial Workers Union, Local 653. (Moriarity, Scott) (Entered: 03/05/2020) |
| 03/05/2020 | 96 | | PROPOSED ORDER TO JUDGE re 95 Stipulation. (Moriarity, Scott) (Entered: 03/05/2020) |
| 03/09/2020 | 97 | | ORDER on 95 Stipulation. Plaintiff has leave to file a reply memorandum. The reply memorandum shall not exceed 5,896 words, counted in accordance with Local Rule 7.1(f), and shall be due on or before March 10, 2020. Signed by Magistrate Judge Elizabeth Cowan Wright on 3/9/2020. (TMA) (Entered: 03/09/2020) |
| 03/10/2020 | 98 | | Reply to Response to Motion re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 03/10/2020) |
| 03/10/2020 | 99 | | DECLARATION of Scott A. Moriarity re 81 MOTION to Alter/Amend/Supplement Pleadings by Matthew Nagel . (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4)(Moriarity, Scott) (Entered: 03/10/2020) |
| 03/10/2020 | 100 | | SEALED Reply to Response to Motion re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Plaintiff Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 03/10/2020) |
| 03/10/2020 | 101 | | SEALED EXHIBIT Exhibit 1 to Declaration of Moriarity re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Plaintiff Matthew Nagel. (Attachments: # 1 Exhibit(s) 2, # 2 Exhibit(s) 3, # 3 Exhibit(s) 4)(Moriarity, Scott) (Entered: 03/10/2020) |

| 03/16/2020 | 102 | | JOINT MOTION REGARDING CONTINUED SEALING re 88 Exhibit, 90 Exhibit, 86 Exhibit, 87 Memorandum in Support of Motion, 84 Memorandum filed by Matthew Nagel. (Moriarity, Scott) (Entered: 03/16/2020) |
|---|---|---|---|
| 03/17/2020 | 103 | | (Text−Only) ORDER/NOTICE TO ATTORNEY. The District of Minnesota, in recognition of current efforts locally and nationally to protect persons from unnecessary potential exposure to the novel coronavirus and COVID−19, is monitoring The Center for Disease Control and Prevention, and State of Minnesota guidance. Accordingly, the hearing scheduled for March 23, 2020 will be held telephonically. Conference bridge information will be circulated via email. In addition, counsel may request a status call with the Court if there are scheduling or discovery issues arising from the novel coronavirus and one or more parties would like to seek relief from the Court. Ordered by Magistrate Judge Elizabeth Cowan Wright on 3/17/2020. (TMA) (Entered: 03/17/2020) |
| 03/23/2020 | 104 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Motion Hearing held on 3/23/2020 re 81 MOTION to Alter/Amend/Supplement Pleadings filed by Matthew Nagel. (SDF) (Entered: 03/23/2020) |
| 03/24/2020 | 105 | | JOINT MOTION REGARDING CONTINUED SEALING re 94 Exhibit, filed by United Food and Commercial Workers Union, Local 653. (Louris, Timothy) (Entered: 03/24/2020) |
| 03/27/2020 | 106 | | JOINT MOTION REGARDING CONTINUED SEALING re 100 Reply to Response to Motion filed by Matthew Nagel. (Moriarity, Scott) (Entered: 03/27/2020) |
| 04/27/2020 | 107 | | LETTER TO MAGISTRATE JUDGE by Matthew Nagel *Filed on Behalf of Both Parties*. (Moriarity, Scott) (Entered: 04/27/2020) |
| 05/06/2020 | 108 | | ORDER granting 102 , 105 , and 106 Joint Motions Regarding Continued Sealing. <br><br> Permanent Sealing GRANTED for Document Number(s): 86, 86−1, 87, 88, 88−1, 88−2, 88−3, 88−4, 94, 94−1, 94−2, 94−3, 94−4, 100, 101, 101−1, 101−2, and 101−3. <br><br> Document Number(s) to be UNSEALED: 94−5 and 94−6. <br><br> Order on continued sealing becomes final on **6/3/2020** unless further timely submissions are filed. <br><br> See Order for details and instructions. <br><br> Signed by Magistrate Judge Elizabeth Cowan Wright on 5/6/2020. (SGK) (Entered: 05/06/2020) |
| 05/11/2020 | 109 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Status Conference held on 5/11/2020. The Court held an informal conference to discuss the timing of settlement. (TMA) (Entered: 05/11/2020) |
| 05/11/2020 | 110 | | (Text−Only) ORDER/NOTICE: Status Conference set for 7/20/2020 at 11:00 AM before Magistrate Judge Elizabeth Cowan Wright. Ordered by Magistrate |

| | | | |
|---|---|---|---|
| | | | Judge Elizabeth Cowan Wright on 5/11/2020.(TMA) (Entered: 05/11/2020) |
| 05/18/2020 | 111 | | SEALED ORDER denying 81 Motion to Alter/Amend/Supplement Pleadings(Written Opinion). Signed by Magistrate Judge Elizabeth Cowan Wright on 5/18/2020. (TMA) Modified text on 5/18/2020 (TMA). (Entered: 05/18/2020) |
| 05/18/2020 | 112 | | ORDER/NOTICE TO ATTORNEY. Signed by Magistrate Judge Elizabeth Cowan Wright on 5/18/2020.(SDF) (Entered: 05/18/2020) |
| 05/19/2020 | 113 | | LETTER TO DISTRICT JUDGE by United Food and Commercial Workers Union, Local 653 . (Louris, Timothy) (Entered: 05/19/2020) |
| 05/22/2020 | 114 | | LETTER TO DISTRICT JUDGE by Matthew Nagel . (Moriarity, Scott) (Entered: 05/22/2020) |
| 05/26/2020 | 115 | | MOTION to Stay *Class Certification* filed by United Food and Commercial Workers Union, Local 653. (Louris, Timothy) (Entered: 05/26/2020) |
| 05/26/2020 | 116 | | NOTICE OF HEARING ON MOTION 115 MOTION to Stay *Class Certification* : Motion Hearing set for 6/12/2020 at 01:00 PM in Video Conference (no courtroom) before Magistrate Judge Elizabeth Cowan Wright. (Louris, Timothy) (Entered: 05/26/2020) |
| 05/26/2020 | 117 | | MEMORANDUM in Support re 115 MOTION to Stay *Class Certification* filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 05/26/2020) |
| 05/26/2020 | 118 | | MEET and CONFER STATEMENT re 115 Motion to Stay filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 05/26/2020) |
| 05/26/2020 | 119 | | PROPOSED ORDER TO JUDGE re 115 MOTION to Stay *Class Certification* filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 05/26/2020) |
| 06/02/2020 | 120 | | MEMORANDUM in Opposition re 115 MOTION to Stay *Class Certification* filed by Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate Word Count Certificate)(Moriarity, Scott) (Entered: 06/02/2020) |
| 06/03/2020 | 121 | | MOTION to Certify Class filed by Matthew Nagel. (Moriarity, Scott) (Entered: 06/03/2020) |
| 06/03/2020 | 122 | | NOTICE OF HEARING ON MOTION 121 MOTION to Certify Class : Motion Hearing set for 8/11/2020 at 01:00 PM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright. (Moriarity, Scott) (Entered: 06/03/2020) |
| 06/03/2020 | 123 | | MEET and CONFER STATEMENT re 121 Motion to Certify Class filed by Matthew Nagel.(Moriarity, Scott) (Entered: 06/03/2020) |
| 06/03/2020 | 124 | | SEALED MEMORANDUM in Support re 121 MOTION to Certify Class filed by Matthew Nagel. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Moriarity, Scott) (Entered: 06/03/2020) |
| 06/03/2020 | 125 | | |

| | | | |
|---|---|---|---|
| | | | SEALED Declaration of Scott Moriarity in Support of <u>121</u> MOTION to Certify Class filed by Matthew Nagel. (Attachments: # <u>1</u> Exhibit(s) 1, # <u>2</u> Exhibit(s) 2, # <u>3</u> Exhibit(s) 3, # <u>4</u> Exhibit(s) 4, # <u>5</u> Exhibit(s) 5, # <u>6</u> Exhibit(s) 7, # <u>7</u> Exhibit(s) 8, # <u>8</u> Exhibit(s) 9, # <u>9</u> Exhibit(s) 10, # <u>10</u> Exhibit(s) 11, # <u>11</u> Exhibit(s) 12, # <u>12</u> Exhibit(s) 13, # <u>13</u> Exhibit(s) 14, # <u>14</u> Exhibit(s) 16, # <u>15</u> Exhibit(s) 17, # <u>16</u> Exhibit(s) 18, # <u>17</u> Exhibit(s) 19, # <u>18</u> Exhibit(s) 20, # <u>19</u> Exhibit(s) 21, # <u>20</u> Exhibit(s) 22, # <u>21</u> Exhibit(s) 24, # <u>22</u> Exhibit(s) 25, # <u>23</u> Exhibit(s) 26, # <u>24</u> Exhibit(s) 27, # <u>25</u> Exhibit(s) 28, # <u>26</u> Exhibit(s) 29, # <u>27</u> Exhibit(s) 30, # <u>28</u> Exhibit(s) 34, # <u>29</u> Exhibit(s) 38, # <u>30</u> Exhibit(s) 39, # <u>31</u> Exhibit(s) 44, # <u>32</u> Exhibit(s) 46, # <u>33</u> Exhibit(s) 47, # <u>34</u> Exhibit(s) 48, # <u>35</u> Exhibit(s) 49, # <u>36</u> Exhibit(s) 51, # <u>37</u> Exhibit(s) 53, # <u>38</u> Exhibit(s) 55, # <u>39</u> Exhibit(s) 56, # <u>40</u> Exhibit(s) 59)(Moriarity, Scott) Modified restrictions on 11/19/2020 (JME). (Entered: 06/03/2020) |
| 06/03/2020 | <u>126</u> | | EXHIBIT Exhibit 6 re <u>125</u> Declaration in Support,,,, filed by Matthew Nagel. (Attachments: # <u>1</u> Exhibit(s) Placeholder for Conventionally Filed Exhibit 15, # <u>2</u> Exhibit(s) 23, # <u>3</u> Exhibit(s) 31, # <u>4</u> Exhibit(s) 32, # <u>5</u> Exhibit(s) Placeholder for Conventionally Filed Exhibit 33, # <u>6</u> Exhibit(s) 35, # <u>7</u> Exhibit(s) 36, # <u>8</u> Exhibit(s) Placeholder for Conventionally Filed Exhibit 37, # <u>9</u> Exhibit(s) 40, # <u>10</u> Exhibit(s) 41, # <u>11</u> Exhibit(s) 42, # <u>12</u> Exhibit(s) 43, # <u>13</u> Exhibit(s) 45, # <u>14</u> Exhibit(s) 50, # <u>15</u> Exhibit(s) 52, # <u>16</u> Exhibit(s) 54, # <u>17</u> Exhibit(s) 57, # <u>18</u> Exhibit(s) 58)(Moriarity, Scott) Exhibits 15, 33, 37 received in clerk's office on 6/3/2020. Modified text on 6/4/2020 (CLK). (Entered: 06/03/2020) |
| 06/03/2020 | <u>127</u> | | PROPOSED ORDER TO JUDGE re <u>121</u> MOTION to Certify Class filed by Matthew Nagel.(Moriarity, Scott) (Entered: 06/03/2020) |
| 06/04/2020 | 128 | | (Text−Only) ORDER in Response to <u>113</u> Letter to District Judge. Defendant United Food and Commercial Workers Union, Local 653, filed a letter requesting that the Court expand the Local Rule 7.1(f) word−count limit for Defendant's forthcoming summary judgment motion. Because Defendant has not established good cause for granting its request for an expanded word−count limit, Defendant's request is DENIED. Ordered by Judge Wilhelmina M. Wright on 6/4/2020.(jtj) (Entered: 06/04/2020) |
| 06/10/2020 | 129 | | (Text−Only) NOTICE: Remote Public Access to <u>116</u> Motion Hearing on 6/12/2020 at 1:00 PM.<br><br>If a member of the public wishes to listen to the hearing, please contact Magistrate_Wright_Chambers@mnd.uscourts.gov for remote access information. (TMA) (Entered: 06/10/2020) |
| 06/11/2020 | <u>130</u> | | Letter re: withdrawal of motion re <u>115</u> MOTION to Stay *Class Certification*. (Louris, Timothy) (Entered: 06/11/2020) |
| 06/11/2020 | 131 | | (Text−Only) Response to <u>130</u> Letter re: Withdrawal of Motion. The hearing scheduled for June 12, 2020 is CANCELLED. (TMA) (Entered: 06/11/2020) |
| 06/16/2020 | <u>132</u> | | JOINT MOTION REGARDING CONTINUED SEALING re <u>126</u> Exhibit,, <u>125</u> Declaration in Support,,,, <u>124</u> Memorandum in Support of Motion filed by Matthew Nagel. (Moriarity, Scott) (Entered: 06/16/2020) |
| 06/18/2020 | <u>133</u> | | IT IS ORDERED that the May 18, 2020 Order on the Motion to Amend will remain sealed and the Court will file a redacted version of that Order. Signed |

| | | | |
|---|---|---|---|
| | | | by Magistrate Judge Elizabeth Cowan Wright on 6/18/2020.(TMA) (Entered: 06/18/2020) |
| 06/18/2020 | 134 | | REDACTED ORDER on Motion to Amend (Dkt. 81). Signed by Magistrate Judge Elizabeth Cowan Wright on 6/18/2020.(TMA) (Entered: 06/18/2020) |
| 07/01/2020 | 135 | | SEALED MEMORANDUM in Opposition re 121 MOTION to Certify Class filed by United Food and Commercial Workers Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | 136 | | Redacted Document for 135 Sealed Memorandum in Opposition to Motion for Class Certification filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | 137 | | SEALED DECLARATION of Matthew Utecht in Opposition to 121 MOTION to Certify Class filed by United Food and Commercial Workers Local 653. (Attachments: # 1 Placeholder for Sealed Exhibits 2 through 10, # 2 Exhibit(s) Sealed Exhibit 12, # 3 Exhibit(s) Sealed Exhibit 13, # 4 Exhibit(s) Sealed Exhibit 14, # 5 Exhibit(s) Sealed Exhibit 15, # 6 Exhibit(s) Sealed Exhibit 16, # 7 Exhibit(s) Sealed Exhibit 17, # 8 Exhibit(s) Sealed Exhibit 18, # 9 Exhibit(s) Sealed Exhibit 19, # 10 Exhibit(s) Sealed Exhibit 20, # 11 Exhibit(s) Sealed Exhibit 21, # 12 Exhibit(s) Sealed Exhibit 22, # 13 Exhibit(s) Sealed Exhibit 23, # 14 Exhibit(s) Sealed Exhibit 24, # 15 Exhibit(s) Sealed Exhibit 25, # 16 Exhibit(s) Sealed Exhibit 26, # 17 Exhibit(s) Sealed Exhibit 27, # 18 Exhibit(s) Sealed Exhibit 28, # 19 Exhibit(s) Sealed Exhibit 29, # 20 Exhibit(s) Sealed Exhibit 30, # 21 Exhibit(s) Sealed Exhibit 31, # 22 Exhibit(s) Sealed Exhibit 32, # 23 Exhibit(s) Sealed Exhibit 33, # 24 Exhibit(s) Sealed Exhibit 34, # 25 Exhibit(s) Sealed Exhibit 35, # 26 Exhibit(s) Sealed Exhibit 36, # 27 Exhibit(s) Sealed Exhibit 37, # 28 Exhibit(s) Sealed Exhibit 38, # 29 Exhibit(s) Sealed Exhibit 39, # 30 Exhibit(s) Sealed Exhibit 40, # 31 Exhibit(s) Sealed Exhibit 42, # 32 Exhibit 43, # 33 Exhibit(s) Sealed Exhibit 44, # 34 Exhibit(s) Sealed Exhibit 45, # 35 Errata Sealed Exhibit 46, # 36 Exhibit(s) Sealed Exhibit 47, # 37 Exhibit(s) Sealed Exhibit 48, # 38 Exhibit(s) Sealed Exhibit 49, # 39 Exhibit(s) Sealed Exhibit 50, # 40 Exhibit(s) Sealed Exhibit 51, # 41 Exhibit(s) Sealed Exhibit 52, # 42 Exhibit(s) Sealed Exhibit 53, # 43 Exhibit(s) Sealed Exhibit 54, # 44 Exhibit(s) Sealed Exhibit 55, # 45 Exhibit(s) Sealed Exhibit 56, # 46 Exhibit(s) Sealed Exhibit 57, # 47 Exhibit(s) Sealed Exhibit 58, # 48 Exhibit(s) Sealed Exhibit 59, # 49 Exhibit 60, # 50 Exhibit(s) Sealed Exhibit 61, # 51 Exhibit(s) Sealed Exhibit 62, # 52 Exhibit(s) Sealed Exhibit 63, # 53 Exhibit(s) Sealed Exhibit 64)(Louris, Timothy) Modified restrictions and text on 11/19/2020 (JME). (Entered: 07/01/2020) |
| 07/01/2020 | 138 | | Redacted Document for 137 Sealed Declaration of Matthew Utecht filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 11, # 3 Exhibit(s) 41, # 4 Exhibit(s) 65, # 5 Exhibit(s) 66, # 6 Exhibit(s) 67, # 7 Exhibit(s) 68, # 8 Exhibit(s) 69, # 9 Exhibit(s) 70, # 10 Exhibit(s) 71, # 11 Exhibit(s) 72, # 12 Exhibit(s) 73)(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | 139 | | |

| | | | |
|---|---|---|---|
| | | | DECLARATION of Timothy J. Louris in Opposition to <u>121</u> MOTION to Certify Class filed by United Food and Commercial Workers Union, Local 653. (Attachments: # <u>1</u> Exhibit(s) 3, # <u>2</u> Exhibit(s) 4, # <u>3</u> Exhibit(s) 5, # <u>4</u> Exhibit(s) 6, # <u>5</u> Exhibit(s) 7, # <u>6</u> Exhibit(s) 8)(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | <u>140</u> | | SEALED EXHIBIT Exhibit 1 re <u>139</u> Declaration in Opposition, filed by United Food and Commercial Workers Local 653. (Attachments: # <u>1</u> Placeholder for Sealed Exhibit 2)(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | <u>141</u> | | SEALED DECLARATION of David S. Blitzstein in Opposition to <u>121</u> MOTION to Certify Class filed by United Food and Commercial Workers Local 653. (Attachments: # <u>1</u> Exhibit(s) Sealed Exhibit 1, # <u>2</u> Exhibit(s) Sealed Exhibit 2, # <u>3</u> Exhibit(s) Sealed Exhibit 3, # <u>4</u> Exhibit(s) Sealed Exhibit 4, # <u>5</u> Exhibit(s) Sealed Exhibit 5, # <u>6</u> Exhibit(s) Sealed Exhibit 6, # <u>7</u> Exhibit(s) Sealed Exhibit 7, # <u>8</u> Exhibit(s) Sealed Exhibit 8, # <u>9</u> Exhibit(s) Sealed Exhibit 9)(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | <u>142</u> | | Redacted Document for <u>141</u> Sealed Declaration of David S. Blitzstein filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | <u>143</u> | | DECLARATION of Paul Crandall in Opposition to <u>121</u> MOTION to Certify Class filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | <u>144</u> | | SEALED EXHIBIT Sealed Exhibit 1 re <u>143</u> Declaration in Opposition filed by United Food and Commercial Workers Local 653. (Attachments: # <u>1</u> Exhibit(s) Sealed Exhibit 2, # <u>2</u> Exhibit(s) Sealed Exhibit 3, # <u>3</u> Exhibit(s) Sealed Exhibit 4, # <u>4</u> Exhibit(s) Sealed Exhibit 5, # <u>5</u> Exhibit(s) Sealed Exhibit 6)(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | <u>145</u> | | DECLARATION of Rena Wong in Opposition to <u>121</u> MOTION to Certify Class filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 07/01/2020) |
| 07/01/2020 | <u>146</u> | | SEALED EXHIBIT Sealed Exhibit 1 to Declaration of Rena Wong re <u>145</u> Declaration in Opposition filed by United Food and Commercial Workers Local 653. (Attachments: # <u>1</u> Exhibit(s) Sealed Exhibit 2, # <u>2</u> Exhibit(s) Sealed Exhibit 3)(Louris, Timothy) (Entered: 07/01/2020) |
| 07/15/2020 | <u>147</u> | | Reply to Response to Motion re <u>121</u> MOTION to Certify Class filed by Matthew Nagel. (Attachments: # <u>1</u> LR7.1/LR72.2 Word Count Compliance Certificate Word Count Certificate)(Moriarity, Scott) (Entered: 07/15/2020) |
| 07/15/2020 | <u>148</u> | | SEALED Reply to Response to Motion re <u>121</u> MOTION to Certify Class filed by Plaintiff Matthew Nagel. (Attachments: # <u>1</u> LR7.1/LR72.2 Word Count Compliance Certificate Word Count Certificate)(Moriarity, Scott) (Entered: 07/15/2020) |
| 07/15/2020 | <u>149</u> | | Declaration of Scott A. Moriarity in Support of <u>121</u> MOTION to Certify Class filed by Matthew Nagel. (Attachments: # <u>1</u> Exhibit(s) Public Exhibit 8 to Moriarity Declaration)(Moriarity, Scott) (Entered: 07/15/2020) |
| 07/15/2020 | <u>150</u> | | Exhibit 1 to Moriarity Declaration re <u>149</u> Declaration in Support filed by Plaintiff Matthew Nagel. (Attachments: # <u>1</u> Exhibit(s) 2, # <u>2</u> Exhibit(s) 3, # <u>3</u> |

| | | | |
|---|---|---|---|
| | | | Exhibit(s) 4, # <u>4</u> Exhibit(s) 5, # <u>5</u> Exhibit(s) 6, # <u>6</u> Exhibit(s) 7)(Moriarity, Scott) Modified restriction and text on 11/19/2020 (JME). (Entered: 07/15/2020) |
| 07/16/2020 | 151 | | (Text–Only) ORDER/NOTICE:Telephonic Status Conference set for 7/24/2020 at 10:30 AM before Magistrate Judge Elizabeth Cowan Wright. Ordered by Magistrate Judge Elizabeth Cowan Wright on 7/16/2020.(TMA) (Entered: 07/16/2020) |
| 07/17/2020 | <u>152</u> | | JOINT MOTION REGARDING CONTINUED SEALING re <u>147</u> Reply to Response to Motion, <u>148</u> Reply to Response to Motion, <u>150</u> Exhibit, filed by Matthew Nagel. (Moriarity, Scott) (Entered: 07/17/2020) |
| 07/22/2020 | <u>153</u> | | JOINT MOTION REGARDING CONTINUED SEALING re <u>141</u> Declaration in Opposition, <u>135</u> Memorandum in Opposition to Motion, <u>140</u> Exhibit, <u>144</u> Exhibit, <u>146</u> Exhibit, <u>137</u> Declaration in Opposition, filed by United Food and Commercial Workers Union, Local 653. (Louris, Timothy) (Entered: 07/22/2020) |
| 07/24/2020 | <u>154</u> | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Status Conference held on 7/24/2020. The Court held a status call regarding the timing of a private mediation or Court–mediated settlement conference. Counsel are directed to discuss these issues and, on or before August 24, 2020, file a joint letter on ECF informing the Court of (1) the parties positions as to whether settlement discussions should proceed via private mediation or before the Court and (2) the timing by which the parties propose to complete a private mediation (if agreed upon) or would suggest for a settlement conference before the Court. (TMA) (Entered: 07/24/2020) |
| 07/30/2020 | 155 | | (TEXT–ONLY) AMENDED NOTICE of Hearing on Motion: <u>121</u> Motion for Class Certification filed by the Plaintiff: The Motion Hearing is scheduled for 8/11/2020 at 1:00 PM. The motion hearing will be held via Telephone Conference (no courtroom) before Judge Wilhelmina M. Wright. Dial–in instructions will be sent to counsel via email. (RJE) (Entered: 07/30/2020) |
| 07/30/2020 | 156 | | (Text–Only) NOTICE: Remote Public Access Available. A hearing on the plaintiff's motion is scheduled to be held by teleconference on 8/11/2020 at 1:00 PM. If any member of the public would like to attend the hearing by phone, they are instructed to contact Judge Wright's courtroom deputy at 651–848–1640 or wright_chambers@mnd.uscourts.gov to make appropriate arrangements. (RJE) (Entered: 07/30/2020) |
| 08/11/2020 | 157 | | (Text–Only) NOTICE of Cancellation of Hearing: The Motion Hearing scheduled for 8/11/2020 at 1:00 PM. has been CANCELLED. (RJE) (Entered: 08/11/2020) |
| 08/13/2020 | 158 | | (Text–Only) NOTICE of Resetting of Hearing on Motion <u>121</u> Motion for Class Certification filed by the Plaintiff: The Motion Hearing is scheduled for 8/19/2020 at 10:00 AM. The motion hearing will be held via Telephone Conference (no courtroom) before Judge Wilhelmina M. Wright. Dial–in instructions will be sent to counsel via email. (RJE) (Entered: 08/13/2020) |
| 08/19/2020 | <u>159</u> | | Minute Entry for proceedings held before Judge Wilhelmina M. Wright: Motion Hearing held on 8/19/2020 re <u>121</u> MOTION to Certify Class filed by Matthew Nagel. (Court Reporter Lori Simpson) (RJE) (Entered: 08/19/2020) |

| 08/21/2020 | 160 | | LETTER TO MAGISTRATE JUDGE by United Food and Commercial Workers Union, Local 653 *Joint Letter Re: Mediation*. (Marshall, Emily) (Entered: 08/21/2020) |
|---|---|---|---|
| 08/27/2020 | 161 | | ORDER/NOTICE: Confidential Letter to Court due by 1/13/2021. Settlement Conference set for 1/20/2021 at 09:00 AM before Magistrate Judge Elizabeth Cowan Wright. Signed by Magistrate Judge Elizabeth Cowan Wright on 8/27/2020.(TMA) (Entered: 08/27/2020) |
| 10/20/2020 | 162 | | ORDER granting 132 152 and 153 Joint Motions Regarding Continued Sealing. |
| | | | Permanent Sealing GRANTED for Document Number(s): 124, 125, 125–1, 125–3, 125–6, 125–7, 125–8, 125–9, 125–10, 125–11, 125–12, 125–14, 125–15, 125–16, 125–17, 125–18, 125–19, 125–20, 125–21, 125–22, 125–23, 125–24, 125–25, 125–28, 125–30, 125–31, 125–32, 125–34, 125–35, 125–36, 125–37, 125–39, 125–40, 135, 137, 137–2 through 137–31, 137–33 through 137–48, 137–50, 137–51, 137–52, 137–53, 140, 140–1, 141, 141–1 through 141–9, 144, 144–1 through 144–5, 146, 146–1, 146–2, and 148. |
| | | | Document Number(s) to be UNSEALED: 125–2, 125–4, 125–5, 125–13, 125–26, 125–27, 125–29, 125–33, 125–38, 137–1, 137–32, 137–49, 150, 150–1, 150–2, 150–3, 150–4, 150–5, and 150–6. |
| | | | Order on continued sealing becomes final on **11/17/2020** unless further timely submissions are filed. |
| | | | See Order for further instructions. |
| | | | (Written Opinion) Signed by Magistrate Judge Elizabeth Cowan Wright on 10/20/2020. (SGK) (Entered: 10/20/2020) |
| 10/27/2020 | 163 | | (Text–Only) ORDER/NOTICE TO ATTORNEY. This case is before the Court on Plaintiffs opposed email request for an extension of the page limit for parties confidential settlement letters from 5 to 15 pages. Having considered the request, IT IS ORDERED THAT the parties may have, but are not required to use, up to 15 pages for their confidential settlement letters. Ordered by Magistrate Judge Elizabeth Cowan Wright on 10/27/2020.(TMA) (Entered: 10/27/2020) |
| 10/27/2020 | 164 | | LETTER TO MAGISTRATE JUDGE by Matthew Nagel . (Moriarity, Scott) (Entered: 10/27/2020) |
| 12/28/2020 | 165 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Status Conference held on 12/28/2020. The Court held a status conference regarding the settlement conference set for January 20, 2020. The settlement conference is CANCELLED and will be reset for a later date. Each party is to send a confidential, ex parte email to Magistrate_Wright_Chambers@mnd.uscourts.gov within ten (10) days after an order issues on Plaintiffs Motion for Class Certification (Dkt. 121) stating |

| | | | |
|---|---|---|---|
| | | | the partys position on what is needed for a productive settlement conference and when it should take place. SO ORDERED. (TMA) (Entered: 12/28/2020) |
| 12/29/2020 | 166 | | CORRECTED Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Status Conference held on 12/29/2020. **Minutes corrected to reflect the correct year of the settlement conference**The Court held a status conference regarding the settlement conference set for January 20, 2021. The settlement conference is CANCELLED and will be reset for a later date. Each party is to send a confidential, ex parte email to Magistrate_Wright_Chambers@mnd.uscourts.gov within ten (10) days after an order issues on Plaintiffs Motion for Class Certification (Dkt. 121) stating the partys position on what is needed for a productive settlement conference and when it should take place. SO ORDERED. (TMA) (Entered: 12/29/2020) |
| 02/02/2021 | 167 | | ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION. (Written Opinion) Signed by Judge Wilhelmina M. Wright on 2/2/2021. (RJE) (Entered: 02/02/2021) |
| 02/05/2021 | 168 | | TRANSCRIPT REQUEST for an Expedited 7–Day Transcript of 159 Motion Hearing to Court Reporter Lori Simpson. (Moriarity, Scott) (Entered: 02/05/2021) |
| 02/12/2021 | 169 | | TRANSCRIPT of Motions Hearing held on 8/19/2020 before Judge Wilhelmina M. Wright. (50 pages). Court Reporter: Lori Simpson. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*. <br><br>**Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and Local Rule 80.1, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review Local Rule 5.5 and *Case Information* >*Transcripts, Court Reporters and Digital Audio Recordings*. <br><br>Notice Intent/No Intent to Request Redactions due 2/19/2021. <br>Redaction Request due 3/5/2021. <br>Redacted Transcript Deadline set for 3/15/2021. <br>Release of Transcript Restriction set for 5/13/2021. <br><br>(LAS) (Entered: 02/12/2021) |
| 02/12/2021 | 170 | | LETTER TO MAGISTRATE JUDGE by United Food and Commercial Workers Union, Local 653 . (Louris, Timothy) (Entered: 02/12/2021) |
| 02/16/2021 | 171 | | ORDER in Response to 170 Letter to Magistrate Judge. Post–Certification Determination Conference set for 3/4/2021 at 02:30 PM before Magistrate Judge Elizabeth Cowan Wright. Signed by Magistrate Judge Elizabeth Cowan Wright on 2/16/2021.(TMA) Modified file date on 2/16/2021 (lmb). (Entered: 02/15/2021) |
| 02/16/2021 | 172 | | TRANSCRIPT REQUEST for a COPY OF 169 Transcript&#040s&#041 to Court Reporter Lori Simpson. (Louris, Timothy) (Entered: 02/16/2021) |
| 02/25/2021 | 173 | | LETTER TO MAGISTRATE JUDGE by United Food and Commercial Workers Union, Local 653 . (Louris, Timothy) (Entered: 02/25/2021) |

| | | | |
|---|---|---|---|
| 03/04/2021 | 174 | | JUDGMENT of USCA (electronic copy). The *Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f)* has been denied by the USCA 8th Circuit. (CLK) (Entered: 03/05/2021) |
| 03/04/2021 | 175 | | MANDATE of USCA (electronic copy). *Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f)* has been denied by the USCA 8th Circuit. (CLK) (Entered: 03/05/2021) |
| 03/04/2021 | 176 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Status Conference held on 3/4/2021. The Court held a status conference. The parties are to file an updated proposal for the schedule in view of the Eighth Circuit decision denying Plaintiffs petition for interlocutory review on March 12, 2021. The schedule should also include proposed timing for a productive settlement conference. Counsel may also send an ex parte email regarding settlement to magistrate_wright_chambers@mnd.uscourts.gov. (TMA) (Entered: 03/05/2021) |
| 03/12/2021 | 177 | | LETTER TO MAGISTRATE JUDGE by United Food and Commercial Workers Union, Local 653 . (Louris, Timothy) (Entered: 03/12/2021) |
| 03/22/2021 | 178 | | ORDER in Response to 177 Letter to Magistrate Judge. Signed by Magistrate Judge Elizabeth Cowan Wright on 3/22/2021.(TMA) (Entered: 03/22/2021) |
| 05/07/2021 | 179 | | STIPULATION by Matthew Nagel. (Attachments: # 1 Exhibit(s))(Moriarity, Scott) (Entered: 05/07/2021) |
| 05/07/2021 | 180 | | PROPOSED ORDER TO JUDGE re 179 Stipulation. (Moriarity, Scott) (Entered: 05/07/2021) |
| 05/10/2021 | 181 | | ORDER on 179 Stipulation. 1.The intervenors identified in the parties May 7, 2021 stipulation shall be allowed to intervene in this case.2.No later than three business days after the entry of this Order, Intervenors shall promptly file their proposed Intervention Complaint.3.After the filing of the Intervention Complaint, the Clerk of Court shall add the Intervenors as Plaintiffs in this case.4.All other prior orders shall remain in full force and effect. Signed by Magistrate Judge Elizabeth Cowan Wright on 5/10/2021.(TMA) (Entered: 05/10/2021) |
| 05/11/2021 | 182 | | (Text−Only) ORDER/NOTICE: Status Conference set for 5/18/2021 at 02:00 PM before Magistrate Judge Elizabeth Cowan Wright. Ordered by Magistrate Judge Elizabeth Cowan Wright on 5/11/2021.(TMA) (Entered: 05/11/2021) |
| 05/13/2021 | 183 | | Intervenor COMPLAINT filed by Matthew Nagel and all Intervenor Plaintiffs. (Moriarity, Scott) Modified filers on 5/25/2021 (lmb). (Entered: 05/13/2021) |
| 05/18/2021 | 184 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Status Conference held on 5/18/2021. The Court held a status conference. The case will be set for an in−person settlement conference beginning at 9 am on June 28, 2021. (TMA) (Entered: 05/18/2021) |
| 05/18/2021 | 185 | | ORDER/NOTICE: Confidential Letter to Court due by 6/24/2021. Settlement Conference set for 6/28/2021 at 09:00 AM in Courtroom 3C (STP) before Magistrate Judge Elizabeth Cowan Wright. Signed by Magistrate Judge Elizabeth Cowan Wright on 5/18/2021.(TMA) (Entered: 05/18/2021) |

| 05/20/2021 | 186 | | STIPULATION by Matthew Nagel. Jointly Signed by United Food and Commercial Workers, Local 653. (Moriarity, Scott) (Entered: 05/20/2021) |
|---|---|---|---|
| 05/20/2021 | 187 | | PROPOSED ORDER TO JUDGE re 186 Stipulation. (Moriarity, Scott) (Entered: 05/20/2021) |
| 05/24/2021 | 188 | | ORDER on 186 Stipulation. Signed by Magistrate Judge Elizabeth Cowan Wright on 5/24/2021.(TMA) (Entered: 05/24/2021) |
| 06/04/2021 | 189 | | MOTION for Summary Judgment filed by United Food and Commercial Workers Union, Local 653. (Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | 190 | | NOTICE OF HEARING ON MOTION 189 MOTION for Summary Judgment : Motion Hearing set for 8/31/2021 at 09:00 AM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright. (Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | 191 | | SEALED MEMORANDUM in Support re 189 MOTION for Summary Judgment filed by United Food and Commercial Workers Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | 192 | | Redacted Document for 191 Sealed Memorandum in Support of Motion for Summary Judgment filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | 193 | | AFFIDAVIT of Timothy J. Louris in SUPPORT OF 189 MOTION for Summary Judgment filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 Exhibit(s) 8, # 2 Exhibit(s) 11, # 3 Exhibit(s) 12, # 4 Exhibit(s) 13, # 5 Exhibit(s) 14, # 6 Exhibit(s) 15, # 7 Exhibit(s) 16, # 8 Exhibit(s) 17, # 9 Exhibit(s) 18, # 10 Exhibit(s) 19)(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | 194 | | EXHIBIT 1 re 193 Affidavit in Support of Motion, filed by United Food and Commercial Workers Local 653. (Attachments: # 1 Exhibit(s) 2, # 2 Exhibit(s) 3, # 3 Exhibit(s) 4, # 4 Exhibit(s) 5, # 5 Exhibit(s) 6, # 6 Exhibit(s) 7, # 7 Exhibit(s) 9, # 8 Exhibit(s) 10)(Louris, Timothy) Modified restriction and text on 8/18/2021 (JME). (Entered: 06/04/2021) |
| 06/04/2021 | 195 | | SEALED AFFIDAVIT of Matthew Utecht in SUPPORT OF 189 MOTION for Summary Judgment filed by United Food and Commercial Workers Local 653. (Attachments: # 1 Exhibit(s) 14, # 2 Exhibit(s) 15, # 3 Exhibit(s) 17, # 4 Exhibit(s) 18, # 5 Exhibit(s) 19, # 6 Exhibit(s) 20, # 7 Exhibit(s) 21, # 8 Exhibit(s) 22, # 9 Exhibit(s) 23, # 10 Exhibit(s) 24, # 11 Exhibit(s) 25, # 12 Exhibit(s) 26, # 13 Exhibit(s) 27, # 14 Exhibit(s) 29, # 15 Exhibit(s) 30, # 16 Exhibit(s) 31, # 17 Exhibit(s) 32, # 18 Exhibit(s) 33, # 19 Exhibit(s) 34, # 20 Exhibit(s) 35, # 21 Exhibit(s) 36, # 22 Exhibit(s) 37, # 23 Exhibit(s) 38, # 24 Exhibit(s) 39, # 25 Exhibit(s) 40, # 26 Exhibit(s) 41, # 27 Exhibit(s) 42, # 28 Exhibit(s) 43, # 29 Exhibit(s) 44, # 30 Exhibit(s) 45, # 31 Exhibit(s) 46, # 32 Exhibit(s) 47, # 33 Exhibit(s) 48, # 34 Exhibit(s) 49, # 35 Exhibit(s) 50, # 36 Exhibit(s) 51, # 37 Exhibit(s) 52, # 38 Exhibit(s) 53, # 39 Exhibit(s) 54, # 40 Exhibit(s) 55, # 41 Exhibit(s) 56, # 42 Exhibit(s) 57, # 43 Exhibit(s) 58, # 44 Exhibit(s) 59, # 45 Exhibit(s) 60, # 46 Exhibit(s) 61, # 47 Exhibit(s) 62, # 48 Exhibit(s) 63, # 49 Exhibit(s) 65, # 50 Exhibit(s) 66, # 51 Exhibit(s) 67, # 52 Exhibit(s) 68, # 53 Exhibit(s) 69, # 54 Exhibit(s) 71, # 55 Exhibit(s) 72, # 56 |

| | | | |
|---|---|---|---|
| | | | Exhibit(s) 73, # <u>57</u> Exhibit(s) 74, # <u>58</u> Exhibit(s) 75, # <u>59</u> Exhibit(s) 76, # <u>60</u> Exhibit(s) 77, # <u>61</u> Exhibit(s) 78, # <u>62</u> Exhibit(s) 79, # <u>63</u> Exhibit(s) 80, # <u>64</u> Exhibit(s) 81, # <u>65</u> Exhibit(s) 82, # <u>66</u> Exhibit(s) 83, # <u>67</u> Exhibit(s) 84, # <u>68</u> Exhibit(s) 85, # <u>69</u> Exhibit(s) 86, # <u>70</u> Exhibit(s) 87, # <u>71</u> Exhibit(s) 88, # <u>72</u> Exhibit(s) 89, # <u>73</u> Exhibit(s) 91, # <u>74</u> Exhibit(s) 92, # <u>75</u> Exhibit(s) 93, # <u>76</u> Exhibit(s) 94, # <u>77</u> Exhibit(s) 95, # <u>78</u> Exhibit(s) 96, # <u>79</u> Exhibit(s) 97)(Louris, Timothy) Modified restrictions on 8/18/2021 (JME). (Entered: 06/04/2021) |
| 06/04/2021 | <u>196</u> | | Redacted Document for <u>195</u> Sealed Affidavit of Matthew Utecht filed by United Food and Commercial Workers Union, Local 653. (Attachments: # <u>1</u> Exhibit(s) 1, # <u>2</u> Exhibit(s) 2, # <u>3</u> Exhibit(s) 3, # <u>4</u> FILED IN ERROR–Placeholder for Exhibits 4–12, # <u>5</u> Exhibit(s) 13, # <u>6</u> Exhibit(s) 16, # <u>7</u> Exhibit(s) 28, # <u>8</u> Exhibit(s) 64, # <u>9</u> Exhibit(s) 70, # <u>10</u> Exhibit(s) 90)(Louris, Timothy) Modified text on 6/14/2021 (lmb). (Entered: 06/04/2021) |
| 06/04/2021 | <u>197</u> | | SEALED AFFIDAVIT of David S. Blitzstein in SUPPORT OF <u>189</u> MOTION for Summary Judgment filed by United Food and Commercial Workers Union, Local 653. (Attachments: # <u>1</u> Exhibit(s) 1, # <u>2</u> Exhibit(s) 2, # <u>3</u> Exhibit(s) 3, # <u>4</u> Exhibit(s) 4, # <u>5</u> Exhibit(s) 5, # <u>6</u> Exhibit(s) 6, # <u>7</u> Exhibit(s) 7, # <u>8</u> Exhibit(s) 8, # <u>9</u> Exhibit(s) 9)(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | <u>198</u> | | AFFIDAVIT of Paul Crandall in SUPPORT OF <u>189</u> MOTION for Summary Judgment filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | <u>199</u> | | SEALED EXHIBIT 1 re <u>198</u> Affidavit in Support of Motion filed by United Food and Commercial Workers Local 653. (Attachments: # <u>1</u> Exhibit(s) 2, # <u>2</u> Exhibit(s) 3, # <u>3</u> Exhibit(s) 4, # <u>4</u> Exhibit(s) 5, # <u>5</u> Exhibit(s) 6)(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | <u>200</u> | | AFFIDAVIT of Rena Wong in SUPPORT OF <u>189</u> MOTION for Summary Judgment filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | <u>201</u> | | SEALED EXHIBIT 1 re <u>200</u> Affidavit in Support of Motion filed by United Food and Commercial Workers Local 653. (Attachments: # <u>1</u> Exhibit(s) 2, # <u>2</u> Exhibit(s) 3)(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | <u>202</u> | | PROPOSED ORDER TO JUDGE re <u>189</u> MOTION for Summary Judgment filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | <u>203</u> | | MOTION to Exclude Expert Testimony filed by United Food and Commercial Workers Union, Local 653. (Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | <u>204</u> | | NOTICE OF HEARING ON MOTION <u>203</u> MOTION to Exclude Expert Testimony : Motion Hearing set for 8/31/2021 at 09:00 AM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright. (Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | <u>205</u> | | SEALED MEMORANDUM in Support re <u>203</u> MOTION to Exclude Expert Testimony filed by United Food and Commercial Workers Local 653. (Attachments: # <u>1</u> LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 06/04/2021) |

| 06/04/2021 | 206 | | Redacted Document for 205 Sealed Memorandum in Support of Motion to Exclude Expert Testimony filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 06/04/2021) |
|---|---|---|---|
| 06/04/2021 | 207 | | PROPOSED ORDER TO JUDGE re 203 MOTION to Exclude Expert Testimony filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | 208 | | Redacted Document for 197 Sealed Declaration of David S. Blitzstein filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | 209 | | LETTER to Request Permission to Exceed Word/Line Limits . (Louris, Timothy) (Entered: 06/04/2021) |
| 06/04/2021 | 210 | | MEET and CONFER STATEMENT re 203 Motion to Exclude Expert Testimony filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) (Entered: 06/04/2021) |
| 06/15/2021 | 211 | | EXHIBIT Placeholder for Utect Decl. Exs. 4 – 12 re 196 Redacted Document, filed by United Food and Commercial Workers Union, Local 653.(Louris, Timothy) PORTABLE MEDIA FILED CONVENTIONALLY IN CLERK'S OFFICE ON 6/15/2021. Modified text on 6/22/2021 (MTP). (Entered: 06/15/2021) |
| 06/17/2021 | 212 | | TEXT–ONLY ORDER: On June 4, 2021, Defendant United Food and Commercial Workers Union, Local 653 filed a letter request 209 to increase the word limit under Local Rule 7.1(f) from 12,000 words to 15,000 words with respect to its motion for summary judgment. Based on the unique circumstances presented by this case, the Court finds that good cause supports increasing the word limits. Accordingly, the Court GRANTS Defendants request. The word limits under Local Rule 7.1(f) are increased by 3,000 words as to each party, from not more than 12,000 words to not more than 15,000 words. Ordered by Judge Wilhelmina M. Wright on 6/17/2021.(JSN) (Entered: 06/17/2021) |
| 06/24/2021 | 213 | | STIPULATION by United Food and Commercial Workers Union, Local 653. Jointly Signed by Matthew Nagel. (Louris, Timothy) (Entered: 06/24/2021) |
| 06/24/2021 | 214 | | PROPOSED ORDER TO JUDGE re 213 Stipulation. (Louris, Timothy) (Entered: 06/24/2021) |
| 06/25/2021 | 215 | | ORDER on 213 Stipulation. The parties deadline for submission of their Joint Motion for Continued Sealing of documents filed by Defendant under temporary seal on June 4, 2021 is hereby extended to Wednesday, June 30, 2021. Signed by Magistrate Judge Elizabeth Cowan Wright on 6/30/2021.(TMA) (Entered: 06/25/2021) |
| 06/25/2021 | 216 | | SEALED MEMORANDUM in Opposition re 189 MOTION for Summary Judgment filed by Matthew Nagel. (Attachments: # 1 Certificate of Compliance)(Moriarity, Scott) (Entered: 06/25/2021) |
| 06/25/2021 | 217 | | SEALED DECLARATION of Scott A. Moriarity in Opposition to 189 MOTION for Summary Judgment filed by Matthew Nagel. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) |

| | | |
|---|---|---|
| | | 6, # <u>6</u> Exhibit(s) 7, # <u>7</u> Exhibit(s) 8, # <u>8</u> Exhibit(s) 9, # <u>9</u> Exhibit(s) 10, # <u>10</u> Exhibit(s) 11, # <u>11</u> Exhibit(s) 17, # <u>12</u> Exhibit(s) 19, # <u>13</u> Exhibit(s) 20, # <u>14</u> Exhibit(s) 21, # <u>15</u> Exhibit(s) 22, # <u>16</u> Exhibit(s) 23, # <u>17</u> Exhibit(s) 24, # <u>18</u> Exhibit(s) 25, # <u>19</u> Exhibit(s) 27, # <u>20</u> Exhibit(s) 28, # <u>21</u> Exhibit(s) 29, # <u>22</u> Exhibit(s) 30, # <u>23</u> Exhibit(s) 31, # <u>24</u> Exhibit(s) 32, # <u>25</u> Exhibit(s) 33, # <u>26</u> Exhibit(s) 34, # <u>27</u> Exhibit(s) 36, # <u>28</u> Exhibit(s) 37, # <u>29</u> Exhibit(s) 38, # <u>30</u> Exhibit(s) 39, # <u>31</u> Exhibit(s) 44, # <u>32</u> Exhibit(s) 48, # <u>33</u> Exhibit(s) 49, # <u>34</u> Exhibit(s) 59, # <u>35</u> Exhibit(s) 61, # <u>36</u> Exhibit(s) 62, # <u>37</u> Exhibit(s) 65, # <u>38</u> Exhibit(s) 66, # <u>39</u> Exhibit(s) 69, # <u>40</u> Exhibit(s) 74, # <u>41</u> Exhibit(s) 77, # <u>42</u> Exhibit(s) 78)(Moriarity, Scott) Modified restrictions on 8/18/2021 (JME). (Entered: 06/25/2021) |
| 06/25/2021 | <u>218</u> | DECLARATION of Scott A. Moriarity in Opposition to 189 MOTION for Summary Judgment filed by Matthew Nagel. (Attachments: # <u>1</u> Exhibit(s) 5, # <u>2</u> Placeholder for Ex. 12, # <u>3</u> Placeholder for Ex. 13, # <u>4</u> Placeholder for Ex. 14, # <u>5</u> Placeholder for Ex. 15, # <u>6</u> Placeholder for Ex. 16, # <u>7</u> Placeholder for Ex. 18, # <u>8</u> Exhibit(s) 26, # <u>9</u> Exhibit(s) 35, # <u>10</u> Exhibit(s) 40, # <u>11</u> Exhibit(s) 41, # <u>12</u> Exhibit(s) 42, # <u>13</u> Placeholder for Ex. 43, # <u>14</u> Exhibit(s) 45, # <u>15</u> Exhibit(s) 46, # <u>16</u> Placeholder for Ex. 47, # <u>17</u> Exhibit(s) 50, # <u>18</u> Exhibit(s) 51, # <u>19</u> Exhibit(s) 52, # <u>20</u> Exhibit(s) 53, # <u>21</u> Exhibit(s) 54, # <u>22</u> Exhibit(s) 55, # <u>23</u> Exhibit(s) 56, # <u>24</u> Exhibit(s) 57, # <u>25</u> Exhibit(s) 58, # <u>26</u> Exhibit(s) 60, # <u>27</u> Exhibit(s) 63, # <u>28</u> Exhibit(s) 64, # <u>29</u> Exhibit(s) 67, # <u>30</u> Exhibit(s) 68, # <u>31</u> Exhibit(s) 70, # <u>32</u> Exhibit(s) 71, # <u>33</u> Exhibit(s) 72, # <u>34</u> Exhibit(s) 73, # <u>35</u> Exhibit(s) 75, # <u>36</u> Exhibit(s) 76, # <u>37</u> Exhibit(s) 79)(Moriarity, Scott) (Entered: 06/25/2021) |
| 06/25/2021 | <u>219</u> | SEALED MEMORANDUM in Opposition re <u>203</u> MOTION to Exclude Expert Testimony filed by Matthew Nagel. (Attachments: # <u>1</u> Certificate of Compliance)(Moriarity, Scott) (Entered: 06/25/2021) |
| 06/25/2021 | <u>220</u> | SEALED DECLARATION of Scott A. Moriarity in Opposition to <u>203</u> MOTION to Exclude Expert Testimony filed by Matthew Nagel. (Attachments: # <u>1</u> Exhibit(s) A, # <u>2</u> Exhibit(s) B, # <u>3</u> Exhibit(s) C, # <u>4</u> Exhibit(s) D, # <u>5</u> Exhibit(s) E, # <u>6</u> Exhibit(s) F)(Moriarity, Scott) (Entered: 06/25/2021) |
| 06/30/2021 | <u>221</u> | JOINT MOTION REGARDING CONTINUED SEALING re <u>194</u> Exhibit, <u>205</u> Memorandum in Support of Motion, <u>199</u> Exhibit, <u>201</u> Exhibit, <u>197</u> Affidavit in Support of Motion, <u>191</u> Memorandum in Support of Motion, <u>195</u> Affidavit in Support of Motion,,,,,,, filed by United Food and Commercial Workers Union, Local 653. (Louris, Timothy) (Entered: 06/30/2021) |
| 07/02/2021 | <u>222</u> | SEALED Reply to Response to Motion re <u>189</u> MOTION for Summary Judgment filed by United Food and Commercial Workers Local 653. (Attachments: # <u>1</u> LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 07/02/2021) |
| 07/02/2021 | <u>223</u> | Redacted Document for <u>222</u> Reply Memorandum in Support of Motion for Summary Judgment filed by United Food and Commercial Workers Union, Local 653. (Attachments: # <u>1</u> LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 07/02/2021) |
| 07/02/2021 | <u>224</u> | Second Declaration of Timothy J. Louris in Support of <u>203</u> MOTION to Exclude Expert Testimony , <u>189</u> MOTION for Summary Judgment filed by |

| | | | |
|---|---|---|---|
| | | | United Food and Commercial Workers Union, Local 653. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2)(Louris, Timothy) (Entered: 07/02/2021) |
| 07/02/2021 | 225 | | SEALED Reply to Response to Motion re 203 MOTION to Exclude Expert Testimony filed by United Food and Commercial Workers Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 07/02/2021) |
| 07/02/2021 | 226 | | Redacted Document for 225 Reply Memorandum of Law in Support of Motion to Exclude Experts filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Louris, Timothy) (Entered: 07/02/2021) |
| 07/07/2021 | 227 | | JOINT MOTION REGARDING CONTINUED SEALING re 219 Memorandum in Opposition to Motion, 216 Memorandum in Opposition to Motion filed by Matthew Nagel. (Moriarity, Scott) (Entered: 07/07/2021) |
| 07/19/2021 | 228 | | ORDER granting in part and denying in part 221 and 227 Joint Motions Regarding Continued Sealing. |
| | | | Docket Nos. 194, 194–6, 195–15, 195–16, 195–19, 195–29, 195–34, 195–38, 195–58, 195–64, 195–65, 195–74, 217–2, 217–4, 217–11, 217–24, 217–25, 217–29, 217–30, 217–33, 217–36, and 217–38 will be UNSEALED in accordance with the Local Rules. |
| | | | Docket Nos. 191, 194–1, 192–2, 194–3, 194–4, 194–5, 194–7, 194–8, 195, 195–1, 195–2, 195–3, 195–4, 195–5, 195–6, 195–7, 195–8, 195–9, 195–10, 195–11, 195–12, 195–13, 195–14, 195–17, 195–18, 195–20, 195–21, 195–22, 195–23, 195–24, 195–25, 195–26, 195–27, 195–28, 195–30, 195–31, 195–32, 195–33, 195–35, 195–36, 195–37, 195–39, 195–40, 195–41, 195–42, 195–43, 195–44, 195–45, 195–46, 195–47, 195–48, 195–49, 195–50, 195–51, 195–52, 195–53, 195–54, 195–55, 195–56, 195–57, 195–59, 195–60, 195–61, 195–62, 195–63, 195–66, 195–67, 195–68, 195–69, 195–70, 195–71, 195–72, 195–73, 195–75, 195–76, 195–77, 195–78, 195–79, 197, 197–1, 197–2, 197–3, 197–4, 197–5, 197–6, 197–7, 197–8, 197–9, 199, 199–1, 199–2, 199–3, 199–4, 199–5, 201, 201–1, 201–2, 205, 216, 217, 217–1, 217–3, 217–5, 217–6, 217–7, 217–8, 217–9, 217–10, 217–12, 217–13, 217–14, 217–15, 217–16, 217–17, 217–18, 217–19, 217–20, 217–21, 217–22, 217–23, 217–26, 217–27, 217–28, 217–31, 217–32, 217–34, 217–35, 217–37, 217–39, 217–40, 217–41, 217–42, 219, 220, 220–1, 220–2, 220–3, 220–4, 220–5, and 220–6 will remain SEALED |
| | | | Order on continued sealing becomes final on **8/16/2021** unless further timely submissions are filed. |
| | | | See Order for further instructions. |
| | | | Signed by Magistrate Judge Elizabeth Cowan Wright on 7/19/2021. (SK) (Entered: 07/19/2021) |

| | | | |
|---|---|---|---|
| 07/22/2021 | 229 | | JOINT MOTION REGARDING CONTINUED SEALING re 223 Redacted Document, 226 Redacted Document, 222 Reply to Response to Motion, 225 Reply to Response to Motion filed by United Food and Commercial Workers Union, Local 653. (Louris, Timothy) (Entered: 07/22/2021) |
| 08/02/2021 | 230 | | Redacted Document for 194 Sealed Exhibit 3 to Declaration of Timothy J. Louris filed by United Food and Commercial Workers Union, Local 653. (Attachments: # 1 Exhibit(s) Redacted Exhibit 5 to Declaration of Timothy J. Louris)(Louris, Timothy) (Entered: 08/02/2021) |
| 08/05/2021 | 231 | | (Text–Only) NOTICE of Resetting of Hearing: The Motion Hearing on 189 Motion for Summary Judgment and 203 Motion to Exclude Expert Testimony is rescheduled to 11/2/2021 at 09:00 AM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright. (RJE) (Entered: 08/05/2021) |
| 09/13/2021 | 232 | | ORDER granting 229 Joint Motion Regarding Continued Sealing.<br><br>Permanent Sealing GRANTED for Document Number(s): 222 and 225. Order on continued sealing becomes final on **10/12/2021** unless further timely submissions are filed.<br><br>Signed by Magistrate Judge Elizabeth Cowan Wright on 9/13/2021. (SGK) (Entered: 09/13/2021) |
| 10/18/2021 | 233 | | (Text–Only) NOTICE of Resetting of Hearing: The Motion Hearing on 189 Motion for Summary Judgment and 203 Motion to Exclude Expert Testimony is RESCHEDULED to 11/16/2021 at 09:00 AM in Courtroom 7A (STP) before Judge Wilhelmina M. Wright. (RJE) (Entered: 10/18/2021) |
| 11/16/2021 | 234 | | Minute Entry for proceedings held before Judge Wilhelmina M. Wright: Motion Hearing held on 11/16/2021 re 203 MOTION to Exclude Expert Testimony filed by United Food and Commercial Workers Union, Local 653, 189 MOTION for Summary Judgment filed by United Food and Commercial Workers Union, Local 653. (Court Reporter Lori Simpson) (RJE) (Entered: 11/16/2021) |
| 01/18/2022 | 235 | | ORDER. IT IS HEREBY ORDERED: 1. Defendant United Food and Commercial Workers Union, Local 653's motion for summary judgment 189 is GRANTED. 2. Defendant United Food and Commercial Workers Union, Local 653's motion to exclude expert testimony 203 is DENIED AS MOOT. (Written Opinion) Signed by Judge Wilhelmina M. Wright on 1/18/2022. (RJE) (Entered: 01/18/2022) |
| 01/21/2022 | 236 | | JUDGMENT (Attachments: # 1 Civil Notice – appeal)(KNK) (Entered: 01/21/2022) |
| 02/07/2022 | 237 | | NOTICE OF APPEAL TO 8TH CIRCUIT as to 235 Order on Motion for Summary Judgment,, Order on Motion to Exclude Expert Testimony by Jessica Becklund, Sharon Brown, Pat Darling, Dean Dugan, Matthew Giesler, Steven Giesler, Robert Haas, Jonathan Hamel, Lance Hanson, Eric Hazelbaker, Dawn Herzuck, Mark Hoffman, Anthony Jensen, John Legierski, Carl Lundberg, Martin Manley, Nicolas McBride, Judy McDowell, Shawn Moore, Daniel Morris, Matthew Nagel, Bruce Olson, Mark Oslos, Luwana Meyer Pohl, Gregory Ponting, Dan Quant, Don Renfrow, Annette Ries, Donna Rohling, Paul Rowe, Becky Syverson, Patrick VanHoutan. Filing fee $ 505, |

| | | | |
|---|---|---|---|
| | | | receipt number AMNDC–9313063. (Moriarity, Scott) (Entered: 02/07/2022) |
| 02/07/2022 | 238 | | TRANSCRIPT REQUEST for a 30–Day Transcript of 234 Motion Hearing, to Court Reporter Lori Simpson. (Moriarity, Scott) (Entered: 02/07/2022) |
| 02/08/2022 | 239 | | TRANSMITTAL OF APPEAL LETTER TO U. S. COURT OF APPEALS, 8TH CIRCUIT, Re: Notice of Appeal to 8th Circuit, 237 . (KNK) (Entered: 02/08/2022) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Nagel, Jessica Becklund, Sharon Brown, Pat Darling, Dean Dugan, Matthew Giesler, Steven Giesler, Robert Haas, Jonathan Hamel, Lance Hanson, Eric Hazelbaker, Dawn Herzuck, Mark Hoffman, Anthony Jensen, John Legierski, Carl Lundberg, Martin Manley, Nicolas McBride, Judy McDowell, Shawn Moore, Daniel Morris, Bruce Olson, Mark Oslos, Luwana Meyer Pohl, Gregory Ponting, Dan Quant, Don Renfrow, Annette Ries, Donna Rohling, Paul Rowe, Becky Syverson, and Patrick VanHoutan, | Case No. 18-cv-1053 (WMW/ECW) |
| Plaintiffs, | **ORDER** |
| v. | |
| United Food and Commercial Workers Union, Local 653, | |
| Defendant. | |

In this action arising from a dispute between a union and its members, Defendant United Food and Commercial Workers Union, Local 653 (Local 653), moves for summary judgment against Plaintiff Matthew Nagel and thirty-one Intervenor Plaintiffs (collectively, Plaintiffs). (Dkt. 189.)  Local 653 also moves to exclude the expert testimony of Plaintiffs' proposed experts, J. Dennis O'Brien and David Jones. (Dkt. 203.) For the reasons addressed below, the Court grants Defendant's motion for summary judgment and denies as moot Local 653's motion to exclude expert testimony.

**BACKGROUND**

This dispute arises from a March 4, 2018 collective bargaining agreement (CBA) negotiated between Local 653 and SuperValu Cub Foods and other independent grocers (collectively, Grocers). Under the CBA, a subset of employees of the Grocers lost the opportunity to receive a valued pension benefit plan. Plaintiffs consist of several Local 653 union members who were on track to receive the pension benefit plan at issue. Local 653 serves as the sole and exclusive bargaining agent for meat and food market employees of the Grocers.

Under the previous collective bargaining agreement, employees of the Grocers with 30 years of qualifying employment were entitled to retire with full pension benefits. Plaintiffs allege that Local 653 unilaterally conceded the "30-and-out" pension benefit while negotiating the CBA. After negotiations, Local 653 sent the proposed CBA to a committee that included Local 653 union members for a vote of confidence. The committee approved the proposed CBA without the "30-and-out" benefit, with only one vote against it.

Local 653 scheduled the ratification vote on the proposed CBA to take place at the March 4, 2018 membership meeting. Plaintiffs allege that Local 653 failed to provide its members with accurate and complete information pertaining to the proposed CBA. Prior to the ratification vote, Local 653 prepared materials about the proposed CBA. Plaintiffs allege that none of these informational materials addressed the loss of the "30-and-out" benefit. And some of the informational materials incorrectly stated that the committee's vote of confidence in favor of the proposed CBA was unanimous.

2

Local 653 staffed a table with individuals who were available to answer questions about the proposed CBA during the ratification vote. Local 653 representatives informed some Local 653 members that the proposed CBA eliminated the "30-and-out" benefit. But Plaintiffs allege that Local 653 representatives disclosed this information only when asked directly. Plaintiffs also contend that Local 653 representatives ushered union members into a different room when disclosing this information. The union members ultimately ratified the CBA.

Nagel commenced this action on April 19, 2018, and subsequently filed an amended complaint. The amended complaint asserts that Local 653 breached its duty of fair representation and violated the Labor-Management Reporting and Disclosure Act. This Court granted in part Local 653's motion to dismiss the amended complaint. Nagel's sole remaining claim asserts breach of the duty of fair representation by bad-faith conduct. In May 2021, the parties stipulated to the intervention of 31 individuals alleging the same claim against Local 653 as Nagel. Local 653 now moves for summary judgment and to exclude expert testimony.

## ANALYSIS

Summary judgment is proper when, viewing the evidence in the light most favorable to the nonmoving party and drawing all reasonable inferences in that party's favor, there is "no genuine dispute as to any material fact" and the moving party is "entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a); *see also Windstream Corp. v. Da Gragnano*, 757 F.3d 798, 802–03 (8th Cir. 2014). A genuine dispute as to a material fact exists when "the evidence is such that a reasonable jury could return a

3

verdict for the nonmoving party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). To defeat a motion for summary judgment, the opposing party must cite with particularity those aspects of the record that support any assertion that a fact is genuinely disputed. Fed. R. Civ. P. 56(c)(1)(A); *accord Krenik v. County of Le Sueur*, 47 F.3d 953, 957 (8th Cir. 1995).

The National Labor Relations Act imposes a duty on certified unions to fairly represent their members during collective bargaining. *See Vaca v. Sipes*, 386 U.S. 171, 177–78 (1967) (interpreting sections 7 and 8 of the National Labor Relations Act). A union breaches this duty "only when [its] conduct toward a member of the collective bargaining unit is arbitrary, discriminatory, or in bad faith." *Id.* at 190. In an action alleging a breach of the union's duty of fair representation, "plaintiffs have a substantial burden to survive a motion for summary judgment." *Thompson v. United Transp. Union*, 588 F.3d 568, 572 (8th Cir. 2009) (internal quotation marks omitted).

To establish a breach of the duty of fair representation based on a union's bad faith, a plaintiff must prove that (1) the union acted in bad faith; and (2) but for the bad-faith conduct, the plaintiff would not have been injured. *Anderson v. United Paperworkers Int'l Union*, 641 F.2d 574, 579–80 (1981).

Because the failure to establish causation is dispositive, the Court does not address whether the union acted in bad faith. Evidence of causation must be more than "mere speculation." *Id.* at 580. Establishing causation in a CBA ratification action requires a finding that, but for the union's misconduct, the union's members would have

4

voted against the proposed CBA and the employer would have accepted a revised CBA without the disputed provision. *Id.* at 579.

The parties dispute what evidence is required to establish that union members would not have ratified a proposed CBA in the absence of union misconduct. Although there does not appear to be any binding authority from the United States Court of Appeals for the Eighth Circuit addressing this precise issue, persuasive authority from the United States Court of Appeals for the Second Circuit is instructive. In *Sim v. New York Mailers' Union No. 6*, the Second Circuit held that the plaintiffs had failed to provide sufficient evidence of causation to defeat summary judgment because "the most plaintiffs have shown is that two members may have changed their votes." 166 F.3d 465, 472–73 (2d Cir. 1999). Here, in support of their arguments on causation, Plaintiffs rely on an unpublished decision from the United States District Court for the Southern District of New York in which the plaintiffs similarly had not provided evidence that a sufficient number of union members would have changed their vote so as to change the overall outcome. *Pruter v. Loc. 210, Int'l Brotherhood of Teamsters*, No. 15 Civ. 1153 (AT), 2020 WL 777333, at *8 (S.D.N.Y. Feb. 18, 2020). But in *Pruter*, the court denied summary judgment because the court concluded that, because plaintiffs had provided evidence that the benefit was "a critical voting issue for a large bloc" of union members, a reasonable jury could find that a majority of union members might have voted against ratification but for the misrepresentation of the union. *Id.*

Here, Plaintiffs have produced evidence that two Local 653 members who voted for the CBA would have voted against it had they known that it eliminated the "30-and-

out" benefit.  Seven Plaintiffs who did not vote attest that they would have voted against ratification had they known that the CBA eliminated the "30-and-out" benefit.  And multiple Plaintiffs attest that they believe other non-voting colleagues would have voted against the CBA if they had known the CBA eliminated the "30-and-out" benefit, but Plaintiffs have not provided testimony from any of these other members.

In summary, Plaintiffs have provided evidence that only two Local 653 members would have changed their vote and seven additional Local 653 members would have voted against the CBA.  Plaintiffs' evidence as to other voting members is both vague and speculative, and Plaintiff's evidence also fails to establish that the "30-and-out" benefit was a critical voting issue for a large portion of the voting members.  Because the CBA was ratified by a margin of 119 votes, Plaintiffs have not provided evidence from which a jury reasonably could find that the CBA would not have been ratified but-for the union's misconduct.  On this record, Plaintiffs cannot establish causation.

Accordingly, Local 653's motion for summary judgment is granted.

## ORDER

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1.     Defendant United Food and Commercial Workers Union, Local 653's motion for summary judgment, (Dkt. 189), is **GRANTED**.

2.     Defendant United Food and Commercial Workers Union, Local 653's motion to exclude expert testimony, (Dkt. 203), is **DENIED AS MOOT**.

6

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  January 18, 2022                    s/Wilhelmina M. Wright
                                            Wilhelmina M. Wright
                                            United States District Judge

# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| Matthew Nagel, Plaintiff<br>Jessica Becklund, Sharon Brown, Pat Darling,<br>Dean Dugan, Matthew Giesler, Steven Giesler,<br> Robert Haas, Jonathan Hamel, Lance Hanson,<br>Eric Hazelbaker, Dawn Herzuck, Mark<br>Hoffman, Anthony Jensen, John Legierski, Carl<br>Lundberg, Martin Manley, Nicolas McBride,<br>Judy McDowell, Shawn Moore, Daniel Morris,<br>Bruce Olson, Mark Oslos, Luwana Meyer Pohl,<br>Gregory Ponting, Dan Quant, Don Renfrow,<br>Annette Ries, Donna Rohling, Paul Rowe,<br>Becky Syverson, Patrick VanHoutan,<br>Intervenor Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 18-cv-01053-WMW-ECW |
| United Food and Commercial Workers Union,<br>Local 653, Minneapolis Retail Meat Cutters<br>and Food Handlers Pension Fund, Movant<br><br>Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried
   and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have
   been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED THAT:
   1. Defendant United Food and Commercial Workers Union, Local 653's motion for summary

      judgment, (Dkt. 189), is GRANTED.

2. Defendant United Food and Commercial Workers Union, Local 653's motion to exclude

expert testimony, (Dkt. 203), is DENIED AS MOOT.

Date: 1/21/2022 KATE M. FOGARTY, CLERK



# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## CIVIL NOTICE

**The appeal filing fee is $505.00. If you are indigent, you can apply for leave to proceed in forma pauperis, ("IFP").**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals or the Federal Circuit Court of Appeals (when applicable) from a final decision of the District Court in a civil case.

*This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.*

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1.  Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or
2.  Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or
3.  Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or
4.  Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matthew Nagel, individually and on behalf of
all others similarly situated,

Civ. No. 18-cv-1053 WMW/ECW

        Plaintiff,

**NOTICE OF APPEAL**

v.

United Food and Commercial Workers
Union, Local 653,

        Defendant.

NOTICE IS HEREBY GIVEN that Plaintiff Matthew Nagel appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 21st day of January, 2022.

Dated this 7th day of February, 2022.

        Respectfully Submitted,

        **/s Scott Moriarity**
        Shawn J. Wanta
        Scott Moriarity
        BAILLON THOME JOZWIAK & WANTA LLP
        100 South Fifth Street, Suite 1200
        Minneapolis, MN 55402
        612-252-3570
        sjwanta@baillonhome.com
        samoriarity@baillonhome.com

        ATTORNEYS FOR PLAINTIFF
        MATTHEW NAGEL



# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

## TRANSMITTAL OF APPEAL

Date:   February 8, 2022

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   K. Krulas, U.S. District Court-Minnesota

In Re:   District Court Case No.:  18-cv-1053 WMW/ECW
Eighth Circuit Case No.:  Unknown
Case Title:   Nagel v. United Food and Commercial Workers Union, Local 653

The statutory filing fee has:   ☒been paid, receipt number:  AMNDC-9313063
☐not been paid as of 5/12/2021
IFP   ☐is   ☐is not pending
☐been waived because:
☐Application for IFP granted         ☐USA filed appeal


Length of Trial:  N/A


Was a court reporter utilized?         ☒Yes   ☐No
If yes, please identify the court reporter:
Name:  Lori Simpson
Address: 651-848-1225

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matthew Nagel, individually and on behalf of
all others similarly situated,

                    Plaintiff,

Jessica Becklund, Sharon Brown, Pat Darling,
Dean Dugan, Matthew Giesler, Steven
Giesler, Robert Haas, Jonathan Hamel, Lance
Hanson, Eric Hazelbaker, Dawn Herzuck,
Mark Hoffman, Anthony Jensen, John
Legierski, Carl Lundberg, Martin Manley,
Nicolas McBride, Judy McDowell, Shawn
Moore, Daniel Morris, Bruce Olson, Mark
Oslos, Luwana Meyer Pohl, Gregory Ponting,
Dan Quant, Don Renfrow, Annette Ries,
Donna Rohling, Paul Rowe, Becky Syverson,
Patrick VanHoutan,

                    Intervenor Plaintiffs,

v.

United Food and Commercial Workers
Union, Local 653,

                    Defendant.

Civ. No. 18-cv-1053 WMW/ECW

**AMENDED
NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff Matthew Nagel and Intervenor Plaintiffs Jessica
Becklund, Sharon Brown, Pat Darling, Dean Dugan, Matthew Giesler, Steven Giesler, Robert
Haas, Jonathan Hamel, Lance Hanson, Eric Hazelbaker, Dawn Herzuck, Mark Hoffman,
Anthony Jensen, John Legierski, Carl Lundberg, Martin Manley, Nicolas McBride, Judy
McDowell, Shawn Moore, Daniel Morris, Bruce Olson, Mark Oslos, Luwana Meyer Pohl,
Gregory Ponting, Dan Quant, Don Renfrow, Annette Ries, Donna Rohling, Paul Rowe, Becky
Syverson, and Patrick VanHoutan appeals to the United States Court of Appeals for the Eighth
Circuit from the final judgment entered in this action on the 21st day of January, 2022.

Dated this 9th day of February, 2022.

Respectfully Submitted,

**/s Scott Moriarity**

Shawn J. Wanta
Scott Moriarity
BAILLON THOME JOZWIAK & WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
612-252-3570
sjwanta@baillonthome.com
samoriarity@baillonthome.com

ATTORNEYS FOR PLAINTIFFS

2