# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1303
_____

Matthew Nagel, individually and on behalf of all others similarly situated

Plaintiff - Appellant

Jessica Becklund; Sharon Brown; Pat Darling; Dean Dugan; Matthew Giesler; Steven Giesler; Robert Haas; Jonathan Hamel; Lance Hanson; Eric Hazelbaker; Dawn Herzuck; Mark Hoffman; Anthony Jensen; John Legierski; Carl Lundberg; Martin Manley; Nicolas McBride; Judy McDowell; Shawn Moore; Daniel Morris; Bruce Olson; Mark Oslos; Luwana Meyer Pohl; Gregory Ponting; Dan Quant; Don Renfrow; Annette Ries; Donna Rohling; Paul Rowe; Becky Syverston; Patrick VanHoutan

Intervenor Plaintiffs - Appellants

v.

United Food and Commercial Workers Local 653

Defendant - Appellee

Minneapolis Retail Meat Cutters and Food Handlers Pension Fund

Movant
_____

No: 22-1330
_____

Matthew Nagel, individually and on behalf of all others similarly situated

Plaintiff - Appellee

Jessica Becklund; Sharon Brown; Pat Darling; Dean Dugan; Matthew Giesler; Steven Giesler; Robert Haas; Jonathan Hamel; Lance Hanson; Eric Hazelbaker; Dawn Herzuck; Mark Hoffman; Anthony Jensen; John Legierski; Carl Lundberg; Martin Manley; Nicolas McBride; Judy McDowell; Shawn Moore; Daniel Morris; Bruce Olson; Mark Oslos; Luwana Meyer Pohl; Gregory Ponting; Dan Quant; Don Renfrow; Annette Ries; Donna Rohling; Paul Rowe; Becky Syverston; Patrick VanHoutan

Intervenor Plaintiffs - Appellees

v.

United Food and Commercial Workers Local 653

Defendant - Appellant

Minneapolis Retail Meat Cutters and Food Handlers Pension Fund

Movant

---

Appeals from U.S. District Court for the District of Minnesota
(0:18-cv-01053-WMW)

---

**JUDGMENT**

Before SMITH, Chief Judge, BENTON, and STRAS, Circuit Judges.

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in accordance with the opinion of this Court.

March 24, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans